B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re: Old Time Pottery, Inc.  
Debtor(s)

Case No. 09-09548-KL3-11  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| C.Y. Hung Trading Ltd-I<br>11/F Telford House<br>16 Wang Hoi Road<br>Kowloon HONG KONG | Tony Hung<br>C.Y. Hung Trading Ltd-I<br>11/F Telford House<br>16 Wang Hoi Road<br>Kowloon HONG KONG<br>011-852-2-369-3251 | | | 174,521.68 |
| Chateau Designs<br>1701 E Edinger Avenue<br>Suite G4<br>Santa Ana, CA 92705 | Paul<br>Chateau Designs<br>1701 E Edinger Avenue<br>Suite G4<br>Santa Ana, CA 92705<br>714-667-0944 or 949-254-3167 | | | 157,334.40 |
| Concord Enterprises, Inc.<br>2957 E. 46th Street<br>Los Angeles, CA 90058 | Jeff Roberts<br>Concord Enterprises, Inc.<br>2957 E. 46th Street<br>Los Angeles, CA 90058<br>323-567-8888 | | | 121,013.13 |
| Dennis East<br>17 Shad Hole Road<br>Dennis Port, MA 02639 | Rob Trieber<br>Dennis East<br>17 Shad Hole Road<br>Dennis Port, MA 02639<br>800-277-8242 | | | 244,373.88 |
| Global Housewares<br>28th Floor, Soundwill Plaza<br>38 Russelle Street HONG KONG | Jackson Kam<br>Global Housewares<br>28th Floor, Soundwill Plaza<br>38 Russelle Street HONG KONG<br>011-852-2-721-368 | | | 609,495.60 |
| Leon Korol Company<br>2050 Devon Avenue<br>Elk Grove Village, IL 60007 | Annette Cregier<br>Leon Korol Company<br>2050 Devon Avenue<br>Elk Grove Village, IL 60007<br>847-956-1616 | | | 420,851.14 |
| Magic Creations<br>200 28th Street<br>Mckeesport, PA 15132 | Carolyn Scott<br>Magic Creations<br>200 28th Street<br>Mckeesport, PA 15132<br>704-906-3425 | | | 158,467.84 |

In re  Old Time Pottery, Inc.      Case No. 09-09548-KL3-11

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Malnekoff Enterprises, Inc.<br>61 McMillen Road<br>Antioch, IL 60002 | Carolyn Scott<br>Malnekoff Enterprises, Inc.<br>61 McMillen Road<br>Antioch, IL 60002<br>847-395-7011 | | | 140,322.12 |
| Mazel Company<br>31000 Aurora Road<br>Solon, OH 44139 | Mazel Company<br>31000 Aurora Road<br>Solon, OH 44139<br>440-248-5200 | | | 123,066.28 |
| Northpoint Trading, Inc.<br>347 Fifth Avenue<br>Suite 201<br>New York, NY 10016 | Jack Ezon<br>Northpoint Trading, Inc.<br>347 Fifth Avenue<br>Suite 201<br>New York, NY 10016<br>212-481-8001 | | | 368,917.48 |
| Pacific Supreme (Thailand) Co, Ltd.<br>29/4 M 1 Soi Onnuch 62<br>Sukhuvit 77<br>Suangluang, Prawer BANGKOK | Benny/Spring Huang<br>Pacific Supreme (Thailand) Co, Ltd.<br>29/4 M 1 Soi Onnuch 62<br>Sukhuvit 77<br>Suangluang, Prawer BANGKOK<br>662-322-7000 | | | 244,046.70 |
| Patton Picture<br>207 Lynndale Court<br>Mechanicsburg, PA 17055 | Bill Patton<br>Patton Picture<br>207 Lynndale Court<br>Mechanicsburg, PA 17055<br>717-796-1508 | | | 137,277.50 |
| Perfect Art<br>3380 NW 114th Stret<br>Suite 200<br>Miami, FL 33167 | Douglas Bock<br>Perfect Art<br>3380 NW 114th Stret<br>Suite 200<br>Miami, FL 33167<br>305-885-5358 | | | 197,398.50 |
| Port to Port Imports, Inc.<br>27420 Avenue Scott<br>Unit D<br>Valencia, CA 91355 | Dylan Sugar<br>Port to Port Imports, Inc.<br>27420 Avenue Scott<br>Unit D<br>Valencia, CA 91355<br>213-236-0060 | | | 165,795.90 |
| Three Hands<br>13259 Ralston Avenue<br>Sylmar, CA 91342 | Three Hands<br>13259 Ralston Avenue<br>Sylmar, CA 91342<br>800-443-5443 | | | 209,142.90 |
| Tomco-I<br>601 Blk A F/F PO Ling Centre<br>11 Wang Chiu Road<br>KOWLOON HONG KONG | Tony Lee<br>Tomco-I<br>601 Blk A F/F PO Ling Centre<br>11 Wang Chiu Road KOWLOON HONG KONG<br>011-852-2-755-0971 | | | 343,977.49 |

B4 (Official Form 4) (12/07) - Cont.

In re  Old Time Pottery, Inc.                    Case No.  09-09548-KL3-11
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Trade Lines, Inc.<br>660 Montrose Avenue<br>South Plainfield, NJ 07080 | Nayan Dalal<br>Trade Lines, Inc.<br>660 Montrose Avenue<br>South Plainfield, NJ 07080<br>908-754-3232 | | | 124,762.00 |
| Uma Enterpresies<br>600 - 700 West Aresia Blvd.<br>Compton, CA 90220 | Namil Shin<br>Uma Enterpresies<br>600 - 700 West Aresia Blvd.<br>Compton, CA 90220<br>800-541-3448 | | | 153,937.95 |
| Unique Treasures Ltd.<br>Unit 1801-1802 18/F, Goodview Centr<br>12 Wu Pak Street<br>Aberdeen HONG KONG | Jeffrey Kwok<br>Unique Treasures Ltd.<br>Unit 1801-1802 18/F, Goodview Centr<br>12 Wu Pak Street<br>Aberdeen HONG KONG<br>011-852-2-765-89 | | | 252,445.20 |
| Virtual Sales<br>10 High Point Road<br>Scarborough, ME 04074 | Virtual Sales<br>10 High Point Road<br>Scarborough, ME 04074<br>207-883-5495 | | | 117,941.30 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 21, 2009                    Signature   /s/ Scott M. Peterson
                                                     Scott M. Peterson
                                                     President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy