UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE:                                )
                                      )
OLD TIME POTTERY, INC.,               )    Case No. 309-09548
                                      )    Chapter 11
        Debtor.                       )    Judge Lundin

### APPOINTMENT AND NOTICE OF APPOINTMENT OF
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102, the U.S. Trustee hereby appoints and gives notice of the appointment of following members to the Official Committee of Unsecured Creditors in the Chapter 11 Case for Old Time Pottery, Inc., Inc., case number 309-09548:

1.  Global Houseware
    Jackson Kam
    28 Floor Soundwill Plaza
    38 Russell Street
    Causeway Bay, Hong Kong
    011-852-2-721-3683
    actionjacksonk@yahoo.com

2.  Crystal Art of Florida, Inc.,
    Randy Greenberg, President
    3359 E. 50th Street
    Vernon, CA 90058
    323-581-6617
    randyg@CrystalArtGallery.com

3.  Northpoint Trading, Inc.
    Jack Ezon, President
    347 Fifth Avenue
    Suite #201
    New York, NY
    917-257-5040
    jack@nptrd.com

4.  Dennis East International, LLC
    Greg Bilezikian, President
    231 Willow Street
    Yarmouth Port, MA 02675
    508-375-0009
    gregbilezikian@comcast.net

5.  Candle-lite
    Ned Hoffman, Credit Manager
    10521 Millington Court
    Cincinnati, OH 45242
    513-956-2349
    nhoffman@glassandcandles.com

At the organizational meeting, held on September 4, 2009, Jack Ezon was elected Chairperson of the Committee.

Respectfully submitted,

RICHARD F. CLIPPARD
U.S. TRUSTEE, REGION 8

/S/ Charles M Walker
Charles M Walker (#19884)
Trial Attorney
701 Broadway, Room 318
Nashville, TN 37203
(615)736-2254
(615) 736-2260 fax
charles.walker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, a copy of the foregoing APPOINTMENT AND NOTICE OF APPOINTMENT will be placed in the U.S. Mail, postage prepaid or by electronic mail, addressed to each member of the committee and the following parties:

THOMAS H. FORRESTER
LINDA KNIGT
RHEA BUCY
GULLETT SANFORD ROBINSON & MARTIN
PO BOX 198888
NASHVILLE, TN 37219-8888
615 244-4994
Fax : 615 256-6339
Email: TForrester@GSRM.COM

Angel R. Gordon , TN Bar No. 026773
Attorney for SunTrust Mortgage, Inc.
1587 Northeast Expressway
Atlanta, GA 30329
(770) 234-9181, Ext. 1348
Fax: (404) 329-8125
ARGordon@jflegal.com

Marc T. McNamee
Neal & Harwell, PLC
150 4th Avenue North, Suite 2000
Nashville, TN 37219-2498
(615) 244-1713
(615) 726-0573 (fax)
mmcnamee_br@nealharwell.com

/S/ Charles M Walker
Charles M Walker
