.

In re    Old Time Pottery, Inc.              ,    Case No.   09-09548-KL3-11

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  0   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

.

In re     **Old Time Pottery, Inc.**                                  ,     Case No.   **09-09548-KL3-11**

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Petty Cash<br>See Attachment to Schedule B, #1 | - | 8,200.00 |
| | | | Safe Funds<br>See Attachment to Schedule B, #1 | - | 203,450.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attachment to Schedule B, #2 | - | 1,537,555.51 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Deposits<br>See Attachment to Schedule B, #3 | - | 181,676.10 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                    Sub-Total >     1,930,881.61
                                             (Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re    Old Time Pottery, Inc.                                    ,    Case No.    09-09548-KL3-11
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Returned checks that are attempting to be collected | - | 99,538.00 |
| | | Credit Card amounts charged by customers but not yet deposited into our accounts | - | 425,385.00 |
| | | Unpaid amount of insurance claim for the fire in Pigeon Forge, TN location | - | 615,016.00 |
| | | Repairs made and billed to the landlord according to the provisions of the lease | - | 80,606.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        1,220,545.00
(Total of this page)

Sheet   1   of   4   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     Old Time Pottery, Inc.                                                    Case No.    09-09548-KL3-11
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | State income tax credits due to loss | - | 75,228.00 |
| | | Deferred tax asset | - | 150,053.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | AU (Autos) | - | 105,160.91 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer Equipment | - | 1,042,781.91 |
| | | Computer Software | - | 508,961.12 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Fixtures | - | 2,522,443.22 |
| | | Machinery & Equipment | - | 669,974.48 |
| | | Machinery & Equipment | - | 478.73 |
| | | Leasehold Improvements | - | 1,906,274.57 |
| | | Capital Leases | - | 133,761.29 |

Sub-Total >        7,115,117.23
(Total of this page)

Sheet   2   of   4   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Old Time Pottery, Inc.                      ,    Case No.   09-09548-KL3-11

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | | Home Accents<br>at Cost | - | 11,599,659.00 |
| | | Linens<br>at Cost | - | 12,020,701.00 |
| | | Housewares<br>at Cost | - | 3,816,907.00 |
| | | Glassware<br>at Cost | - | 2,368,299.00 |
| | | Tabletop<br>at Cost | - | 3,043,328.00 |
| | | Wall Decor<br>at Cost | - | 5,398,085.00 |
| | | Floral<br>at Cost | - | 4,865,939.00 |
| | | Floral Arrangements<br>at Cost | - | 288,006.00 |
| | | Arts & Crafts<br>at Cost | - | 347,576.00 |
| | | Outdoor Seasonal<br>at Cost | - | 1,328,227.00 |
| | | Christmas<br>at Cost | - | 10,082,287.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Insurance Claims deposits for Workers Compensation and General Liability Insurance as well as prepaid insurance premiums for property and casualty policies that run through 04/01/2010 | - | 371,976.00 |

                                                Sub-Total >    55,530,990.00
                                              (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re      Old Time Pottery, Inc.                                                    ,      Case No.      09-09548-KL3-11
                                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Prepaid maintenance contracts for computer equipment and software | - | 206,249.00 |

|  |  |
|---|---|
| Sub-Total > | 206,249.00 |
| (Total of this page) | |
| Total > | 66,003,782.84 |

Sheet   4   of   4   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

**Old Time Pottery, Inc.**
**Case No. 09-09548**
**Attachment to Schedule B, #1 (Petty Cash)**

| Type of Property | Description /Location of Property | Value at Petition Date |
|---|---|---|
| Cash on Hand | 480 River Rock Blvd<br>Murfreesboro, TN 37128<br>Petty Cash | $1,000.00 |
| | 3536 Canada Road<br>Lakeland, TN 38002<br>Petty Cash | $200.00 |
| | 111 Gallatin Pike North<br>Madison, TN 37115<br>Petty Cash | $200.00 |
| | 4001 Government Blvd<br>Mobile, AL 36693<br>Petty Cash | $200.00 |
| | 2949 Canton Road<br>Marietta, GA 30066<br>Petty Cash | $200.00 |
| | 7976 Highway 59<br>Foley, AL 36535<br>Petty Cash | $200.00 |
| | 2200 Morse Road<br>Columbus, OH 43229<br>Petty Cash | $200.00 |
| | 7011 West 130th Street<br>Parma Heights, OH 44130<br>Petty Cash | $200.00 |
| | 4021 W Commercial Blvd<br>Tamarac, FL 33319<br>Petty Cash | $200.00 |
| | 4450 Fowler Street<br>Fort Myers, FL 33901<br>Petty Cash | $200.00 |
| | 828 Heights Blvd.<br>Florence, KY 41042<br>Petty Cash | $200.00 |
| | 1191 Smiley Ave<br>Forest Park, OH 45240<br>Petty Cash | $200.00 |

| | |
|---|---|
| 937 Sand Lake Road<br>Orlando, FL 32809<br>Petty Cash | $200.00 |
| 3682 Ridgeway Road<br>Memphis, TN 38115<br>Petty Cash | $200.00 |
| 204 East State Road 436<br>Casselberry, FL 32707<br>Petty Cash | $200.00 |
| 42 Grandview Plaza<br>Florissant, MO 63033<br>Petty Cash | $200.00 |
| 761 Highway 98 East<br>Destin, FL 32541<br>Petty Cash | $200.00 |
| 8811 Hardegan Street<br>Indianapolis, IN 46227<br>Petty Cash | $200.00 |
| 14221 East US Hwy 40, No 8<br>Kansas City, MO 64136<br>Petty Cash | $200.00 |
| 10087 East Adamo Drive, No 50<br>Tampa, FL 33619<br>Petty Cash | $200.00 |
| 3001 Pelham Parkway<br>Pelham, AL 35124<br>Petty Cash | $200.00 |
| 3625 Sweetwater Road<br>Duluth, GA 30096<br>Petty Cash | $200.00 |
| 2425 Laurens Road<br>Greenville, SC 29607<br>Petty Cash | $200.00 |
| 2500 Sardis Road North<br>Charlotte, NC 28227<br>Petty Cash | $200.00 |
| 11029 West Colonial Drive<br>Ocoee, FL 34761<br>Petty Cash | $200.00 |
| 7400 Douglas Blvd<br>Douglasville, GA 30135<br>Petty Cash | $200.00 |

| | |
|---|---|
| 3601 South Elm Place<br>Broken Arrow, OK 74011<br>Petty Cash | $200.00 |
| 10785 Lincoln Trail Drive<br>Fairview Heights, IL 62208<br>Petty Cash | $200.00 |
| 4302 Shipyard Blvd<br>Wilmington, NC 28403<br>Petty Cash | $200.00 |
| 5880 E. State Street<br>Rockford, IL 61108<br>Petty Cash | $200.00 |
| 1870 N. Kings Highway<br>Surfside Beach, SC 29575<br>Petty Cash | $200.00 |
| 8225 Broadway<br>Merrillville, IN 46410<br>Petty Cash | $200.00 |
| 1270 N. Wickham Road<br>Melbourne, FL 32935<br>Petty Cash | $200.00 |
| 651 Lyons Road<br>Dayton, OH 45459<br>Petty Cash | $200.00 |
| 9076 Madison Blvd<br>Madison,  AL 35758<br>Petty Cash | $200.00 |
| 951 East Lewis and Clark<br>Parkway<br>Clarksville, IN 47129<br>Petty Cash | $200.00 |
| 3740 S Holden Road<br>Greensboro, NC 27406<br>Petty Cash | $200.00 |
| **TOTAL:** | **$8,200.00** |

| Type of Property | Description /Location of Property | Value at Petition Date |
|---|---|---|
| Cash on Hand | 480 River Rock Blvd<br>Murfreesboro, TN 37128<br>Safe Funds | $6,000.00 |
| | 3536 Canada Road<br>Lakeland, TN 38002<br>Safe Funds | $4,000.00 |
| | 111 Gallatin Pike North<br>Madison, TN 37115<br>Safe Funds | $6,000.00 |
| | 4001 Government Blvd<br>Mobile, AL 36693<br>Safe Funds | $4,500.00 |
| | 2949 Canton Road<br>Marietta, GA 30066<br>Safe Funds | $4,00.00 |
| | 7976 Highway 59<br>Foley, AL 36535<br>Safe Funds | $8,500.00 |
| | 2200 Morse Road<br>Columbus, OH 43229<br>Safe Funds | $4,000.00 |
| | 7011 West 130th Street<br>Parma Heights, OH 44130<br>Safe Funds | $2,000.00 |
| | 4021 W Commercial Blvd<br>Tamarac, FL 33319<br>Safe Funds | $5,000.00 |
| | 4450 Fowler Street<br>Fort Myers, FL 33901<br>Safe Funds | $7,100.00 |
| | 828 Heights Blvd.<br>Florence, KY 41042<br>Safe Funds | $6,000.00 |
| | 1191 Smiley Ave<br>Forest Park, OH 45240<br>Safe Funds | $3,400.00 |

937 Sand Lake Road
Orlando, FL 32809
Safe Funds
$5,000.00

3682 Ridgeway Road
Memphis, TN 38115
Safe Funds
$3,500.00

204 East State Road 436
Casselberry, FL 32707
Safe Funds
$6,000.00

42 Grandview Plaza
Florissant, MO 63033
Safe Funds
$6,000.00

761 Highway 98 East
Destin, FL 32541
Safe Funds
$5,000.00

8811 Hardegan Street
Indianapolis, IN 46227
Safe Funds
$5,000.00

14221 East US Hwy 40, No 8
Kansas City, MO 64136
Safe Funds
$5,000.00

10087 East Adamo Drive, No 50
Tampa, FL 33619
Safe Funds
$6,000.00

3001 Pelham Parkway
Pelham, AL 35124
Safe Funds
$6,000.00

3625 Sweetwater Road
Duluth, GA 30096
Safe Funds
$5,000.00

2425 Laurens Road
Greenville, SC 29607
Safe Funds
$5,000.00

2500 Sardis Road North
Charlotte, NC 28227
Safe Funds
$5,000.00

11029 West Colonial Drive
Ocoee, FL 34761
Safe Funds
$6,000.00

7400 Douglas Blvd
Douglasville, GA 30135
Safe Funds
$9,000.00

| | |
|---|---|
| 3601 South Elm Place<br>Broken Arrow, OK 74011<br>Safe Funds | $6,000.00 |
| 10785 Lincoln Trail Drive<br>Fairview Heights, IL 62208<br>Safe Funds | $6,000.00 |
| 4302 Shipyard Blvd<br>Wilmington, NC 28403<br>Safe Funds | $6,000.00 |
| 5880 E. State Street<br>Rockford, IL 61108<br>Safe Funds | $5,000.00 |
| 1870 N. Kings Highway<br>Surfside Beach, SC 29575<br>Safe Funds | $8,000.00 |
| 8225 Broadway<br>Merrillville, IN 46410<br>Safe Funds | $6,000.00 |
| 1270 N. Wickham Road<br>Melbourne, FL 32935<br>Safe Funds | $5,000.00 |
| 651 Lyons Road<br>Dayton, OH 45459<br>Safe Funds | $5,450.00 |
| 9076 Madison Blvd<br>Madison,  AL 35758<br>Safe Funds | $5,000.00 |
| 951 East Lewis and Clark<br>Parkway<br>Clarksville, IN 47129<br>Safe Funds | $5,000.00 |
| 3740 S Holden Road<br>Greensboro, NC 27406<br>Safe Funds | $6,000.00 |

**TOTAL:**                                                    **$203,450.00**

**Old Time Pottery, Inc.**
**Case No. 09-09548**
**Attachment to Schedule B, #2**

| <u>Type of Property</u> | <u>Description /Location of Property</u> | <u>Value at Petition Date</u> |
|---|---|---|
| **Checking Accounts** | SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 01 Depository Account | $10,529.66 |
| | Trustmark National Bank<br>PO Box 291<br>Jackson, MS 39205<br>Store 02 Depository Account | $21,206.55 |
| | Citizens National Bank<br>PO Box 4610<br>Sevierville, TN 37864-4610<br>Store 04 Depository Account | $2,043.54 |
| | Regions Bank<br>315 Deaderick Street<br>Nashville, TN 37201<br>Store 05 Depository Account | $37,565.42 |
| | BBVA Compass Bank<br>PO Box 10566<br>Birmingham, AL 35296<br>Store 06 Depository Account | $40,023.60 |
| | SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 07 Depository Account | $3,986.64 |
| | Whitney Bank<br>PO  Box 61260<br>New Orleans, LA 70161-1260<br>Store 08 Depository Account | $57,709.10 |
| | Fifth Third Bank<br>PO Box 630900<br>Cincinnati, OH 45263-0900<br>Store 11 Depository Account | $27,424.38 |
| | Fifth Third Bank<br>PO Box 630900<br>Cincinnati, OH 45263-0900<br>Store 12 Depository Account | $32,530.34 |
| | SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 14 Depository Account | $7,168.55 |

| | |
|---|---|
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 17 Depository Account | $7,496.20 |
| PNC Bank<br>PO Box 309<br>Pittsburgh, PA 15230-9738<br>Store 19 Depository Account | $28,345.71 |
| Fifth Third Bank<br>PO Box 630900<br>Cincinnati, OH 45263-0900<br>Store 20 Depository Account | $23,838.15 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 21 Depository Account | $6,309.83 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 22 Depository Account | $6,530.44 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 23 Depository Account | $5,640.10 |
| First Bank<br>1281 Graham Road<br>Florissant, MO 63031<br>Store 24 Depository Account | $29,577.60 |
| Regions Bank<br>315 Deaderick Street<br>Nashville, TN 37201<br>Store 25 Depository Account | $35,588.89 |
| Fifth Third Bank<br>PO Box 630900<br>Cincinnati, OH 45263-0900<br>Store 26 Depository Account | $29,232.03 |
| Blue Ridge Bank & Trust<br>4200 Little Blue Parkway<br>Independence, MO 64057<br>Store 27 Depository Account | $40,140.62 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 28 Depository Account | $6,736.93 |

| | |
|---|---:|
| Colonial Bank<br>PO Box 1887<br>Birmingham, AL 35201-1887<br>Store 29 Depository Account | $37,836.39 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 30 Depository Account | $5,289.10 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 31 Depository Account | $5,530.88 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 32 Depository Account | $4,216.92 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 33 Depository Account | $5,643.32 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 34 Depository Account | $4,022.78 |
| JP Morgan Chase Bank<br>PO Box 260180<br>Baton Rouge, LA 70826-0180<br>Store 35 Depository Account | $23,836.85 |
| Regions Bank<br>315 Deaderick Street<br>Nashville, TN 37201<br>Store 36 Depository Account | $30,133.06 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 37 Depository Account | $6,391.58 |
| JP Morgan Chase Bank<br>PO Box 260180<br>Baton Rouge, LA 70826-0180<br>Store 38 Depository Account | $27,220.69 |
| Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118<br>Store 39 Depository Account | $82,083.13 |

| | |
|---|---:|
| Fifth Third Bank<br>PO Box 630900<br>Cincinnati, OH 45263-0900<br>Store 40 Depository Account | $38,474.23 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 41 Depository Account | $5,068.35 |
| JP Morgan Chase Bank<br>PO Box 260180<br>Baton Rouge, LA 70826-0180<br>Store 42 Depository Account | $22,832.23 |
| Regions Bank<br>315 Deaderick Street<br>Nashville, TN 37201<br>Store 43 Depository Account | $31,322.69 |
| Your Community Bank<br>101 W. Spring Street<br>New Albany, IN 47150<br>Store 44 Depository Account | $41,752.92 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Store 45 Depository Account | $2,843.67 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Operating Account | $464,157.73 |
| Regions Bank<br>315 Deaderick Street<br>Nashville, TN 37201<br>Prior Operating Account | $2,581.22 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Credit Card Account | $222,694.47 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Accounts Payable Account | $0.00 |
| SunTrust Bank<br>PO Box 305110<br>Nashville, TN 37230<br>Corporate Payroll Account | $3,999.02 |

SunTrust Bank          $10,000.00
PO Box 305110
Nashville, TN 37230
Store Payroll Account

**TOTAL:**          **$1,537,555.51**

**Old Time Pottery, Inc.**
**Case No. 09-09548**
**Attachment to Schedule B, #3 (Security Deposits)**

| Type of Property | Description /Location of Property | Value at Petition Date |
|---|---|---|
| Security Deposits | Murfreesboro Electric Utility Deposit #1 | $868.00 |
| | Alabama Power Utility Deposit #6 | $250.00 |
| | Georgia Power Utility Deposit #7 | $150.00 |
| | Florida Power & Light Utility Deposit #14 | $200.00 |
| | Florida Power & Light Utility Deposit #17 | $200.00 |
| | Duke Energy Utility Deposit #19 | $50.00 |
| | Memphis Light, Gas, & Water Utility Deposit #22 | $1,315.00 |
| | Gulf Power Utility Deposit #25 | $7,317.00 |
| | Indianapolis Power & Light Utility Deposit #26 | $3,300.00 |
| | Kansas City Power & Light Utility Deposit #27 | $500.00 |
| | Alabama Power Utility Deposit #29 | $200.00 |
| | Georgia Power Utility Deposit #30 | $500.00 |
| | Public Service Company of Oklahoma Utility Deposit #35 | $1,305.00 |
| | Progressive Energy Utility Deposit #37 | $450.00 |
| | Hudson Energy Services Utility Deposit #38 | $107.00 |
| | Santee Cooper Utility Deposit #39 | $3,885.00 |

| | |
|---|---|
| Dayton Power & Light<br>Utility Deposit #42 | $1,272.00 |
| Huntsville Utilities<br>Utility Deposit #43 | $235.00 |
| Duke Energy<br>Utility Deposit #44 | $843.00 |
| Duke Energy<br>Utility Deposit #45 | $1,560.00 |
| OTP Associates of Murfreesboro<br>LP<br>Lease Deposit #1 | $63,239.77 |
| OTP Associates of Gulf Shores<br>LP<br>Lease Deposit #8 | $72,500.00 |
| MC-NC LLC<br>Lease Deposit #11 | $21,429.33 |
| **TOTAL:** | **$181,676.10** |

In re    Old Time Pottery, Inc.                                ,     Case No.   __09-09548-KL3-11__

                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Lease #9001601<br><br>Pinnacle National Bank<br>211 Commerce Street<br>Suite 300<br>Nashville, TN 37201 | | - | Phone and network equipment<br><br><br>Value $     402,900.00 | | | | 392,235.00 | 0.00 |
| Account No.<br><br>Representing:<br>Pinnacle National Bank | | | Pinnacle National Bank<br>c/o Dave Rowe<br>211 Commerce Street, Suite 300<br>Nashville, TN 37201<br><br>Value $ | | | | | |
| Account No.<br><br>SunTrust Bank<br>Mail Code GA-Atlanta-1982<br>303 Peachtree Street, 9th Floor<br>Atlanta, GA 30308 | | - | Revolving Line of Credit secured by all of the assets of Old Time Pottery, Inc.<br><br>Value $   66,003,782.84 | | | | 14,967,186.00 | 0.00 |
| Account No.<br><br>Representing:<br>SunTrust Bank | | | SunTrust Bank<br>c/o Darryl S. Laddin<br>171 17th Street, NW, Ste. 2100<br>Atlanta, GA 30363<br><br>Value $ | | | | | |
|   _1_  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 15,359,421.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re  Old Time Pottery, Inc. _____ ,   Case No.  09-09548-KL3-11
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. <br><br> Representing: <br> SunTrust Bank | | | | | SunTrust Bank <br> c/o Sean C. Kulka <br> 171 17th Street, NW, Ste. 2100 <br> Atlanta, GA 30363 <br><br> Value $ | | | | | |
| Account No. <br><br> Representing: <br> SunTrust Bank | | | | | SunTrust Bank <br> c/o Amanda K. Parks <br> 303 Peachtree Street, 9th Floor <br> Atlanta, GA 30308 <br><br> Value $ | | | | | |
| Account No. <br><br> Representing: <br> SunTrust Bank | | | | | SunTrust Bank <br> c/o James Kelley <br> 150 Fourth Avenue, N, Ste. 2000 <br> Nashville, TN 37219 <br><br> Value $ | | | | | |
| Account No. <br><br> Representing: <br> SunTrust Bank | | | | | SunTrust Bank <br> c/o Stephen M. Montgomery <br> 150 Fourth Avenue, N, Ste. 2000 <br> Nashville, TN 37219-2498 <br><br> Value $ | | | | | |
| Account No. <br><br> Representing: <br> SunTrust Bank | | | | | SunTrust Bank <br> c/o Marc T. McNamee <br> 150 Fourth Ave., North, Suite 2000 <br> Nashville, TN 37219-2498 <br><br> Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 15,359,421.00 | 0.00 |

.

In re    Old Time Pottery, Inc.        ,    Case No.   09-09548-KL3-11
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        8    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re     Old Time Pottery, Inc.                                    ,     Case No.    09-09548-KL3-11
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | 08/01/09 - 08/21/09 | | | | | | |
| Alabama Deparment of Revenue Sales & Use Tax Division P.O. Box 327790 Montgomery, AL 36132 | - | | | | Due: 09/20/09 | | | | 6,538.33 | 0.00 | 6,538.33 |
| Account No. | | | | | 08/01/09 - 08/21/09 | | | | | | |
| Alabama Department of Revenue Sales & Use Tax Division P.O. Box 327790 Montgomery, AL 36132 | - | | | | Due: 09/20/09 | | | | 37,000.00 | 0.00 | 37,000.00 |
| Account No. | | | | | 08/01/09 - 08/21/09 | | | | | | |
| Baldwin County Sales & Use Tax Department P.O. Box 1329 Bay Minette, AL 36507 | - | | | | Due: 09/20/09 | | | | 6,538.33 | 0.00 | 6,538.33 |
| Account No. | | | | | 08/01/09 - 08/21/09 | | | | | | |
| City of Madison P.O. Box 99 Madison, AL 35758 | - | | | | Due: 09/20/09 | | | | 4,593.84 | 0.00 | 4,593.84 |
| Account No. | | | | | 08/01/09 - 08/21/09 | | | | | | |
| City of Mobile Dept. #1519 P.O. Box 11407 Birmingham, AL 35246-1519 | - | | | | Due: 09/20/09 | | | | 6,496.02 | 0.00 | 6,496.02 |

Sheet 1 of 8 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 61,166.52 | 61,166.52 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Old Time Pottery, Inc.                        ,     Case No.   09-09548-KL3-11

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> City of Pelham <br> P.O. Box 1238 <br> Pelham, AL 35124 | - | | 08/01/09 - 08/21/09 <br><br> Due: 09/20/09 | | | | 6,079.77 | 0.00 | 6,079.77 |
| Account No. <br><br> City of Pelham <br> P.O. Box 16560 <br> Columbus, OH 43216 | - | | 06/27/09 - 07/31/09 <br><br> Due: 08/20/09 | | | | 11,259.01 | 0.00 | 11,259.01 |
| Account No. <br><br> Georgia Department of Revenue <br> P.O. Box 105408 <br> Atlanta, GA 30348-5408 | - | | 08/01/09 - 08/21/09 <br><br> Due: 09/20/09 | | | | 10,137.25 | 0.00 | 10,137.25 |
| Account No. <br><br> Georgia Department of Revenue <br> P.O. Box 105408 <br> Atlanta, GA 30348-5408 | - | | 08/01/09 - 08/21/09 <br><br> Due: 09/20/09 | | | | 7,969.25 | 0.00 | 7,969.25 |
| Account No. <br><br> Georgia Department of Revenue <br> P.O. Box 105408 <br> Atlanta, GA 30348-5408 | - | | 08/01/09 - 08/21/09 <br><br> Due: 09/20/09 | | | | 8,074.52 | 0.00 | 8,074.52 |

Sheet  2  of  8  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 43,519.80 | 43,519.80 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re    Old Time Pottery, Inc.                                          ,    Case No.    09-09548-KL3-11
_____
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Illinois Department of Revenue<br>P.O. Box 19044<br>Springfield, IL 62794 | - | | 08/01/09 - 08/21/09<br><br>Due: 09/20/09 | | | | 8,261.00 | 0.00 | 8,261.00 |
| Account No.<br><br>Indiana Department of Revenue<br>P.O. Box 1028<br>Indianapolis, IN 46206-1028 | - | | 08/01/09 - 08/21/09<br><br>Due: 09/20/09 | | | | 12,621.02 | 0.00 | 12,621.02 |
| Account No.<br><br>Indiana Department of Revenue<br>P.O. Box 1028<br>Indianapolis, IN 46206-1028 | - | | 08/01/09 - 09/20/09<br><br>Due: 09/20/09 | | | | 13,049.37 | 0.00 | 13,049.37 |
| Account No.<br><br>Indiana Department of Revenue<br>P.O. Box 1028<br>Indianapolis, IN 46206-1028 | - | | 08/01/09 - 08/21/09<br><br>Due: 09/20/09 | | | | 10,827.36 | 0.00 | 10,827.36 |
| Account No.<br><br>Kentucky Department of Revenue<br>501 High Street<br>Frankfort, KY 40620-0003 | - | | 08/01/09 - 08/21/09<br><br>Due: 09/20/09 | | | | 9,253.83 | 0.00 | 9,253.83 |

Sheet  3   of  8   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | 0.00 |  |
|---|---|---|
| 54,012.58 | | 54,012.58 |

In re     Old Time Pottery, Inc. _____ ,     Case No.   09-09548-KL3-11 _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Madison County Courthouse Sales Tax Office 100 Northside Square Huntsville, AL 35801 | - | | Due: 09/20/09 | | | | 2,756.31 | 0.00 | 2,756.31 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Missouri Department of Revenue P.O. Box 840 Jefferson City, MO 65105-0840 | - | | Due: 09/20/09 | | | | 11,002.54 | 0.00 | 11,002.54 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Mobile County Dept. #1524 P.O. Box 11407 Birmingham, AL 35246-1524 | - | | Due: 09/20/09 | | | | 1,624.01 | 0.00 | 1,624.01 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| North Carolina Department of Revenue P.O. Box 25000 Raleigh, NC 27640 | - | | Due: 09/20/09 | | | | 36,465.10 | 0.00 | 36,465.10 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Ohio Treasurer of State Department of Taxation P.O. Box 16560 Columbus, OH 43216 | - | | Due: 09/20/09 | | | | 42,678.64 | 0.00 | 42,678.64 |

Sheet  4   of  8   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 94,526.60 | 94,526.60 |

In re   Old Time Pottery, Inc.                                    ,     Case No.    09-09548-KL3-11
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 06/27/09 - 07/31/09 | | | | | | |
| Ohio Treasurer of State Department of Taxation P.O. Box 16560 Columbus, OH 43216 | - | | Due: 08/20/09 | | | | 64,146.58 | 0.00 | 64,146.58 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Oklahoma Tax Commission P.O. Box 26850 Oklahoma City, OK 73126 | - | | Due: 09/20/09 | | | | 1,572.84 | 0.00 | 1,572.84 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Shelby County Business Revenue Office P.O. Box 800 Columbiana, AL 35051 | - | | Due: 09/20/09 | | | | 2,026.59 | 0.00 | 2,026.59 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| South Carolina Department of Revenue Sales Tax Return Columbia, SC 29214-0101 | - | | Due: 09/20/09 | | | | 36,586.28 | 0.00 | 36,586.28 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| State of Florida Department of Revenue 5050 West Tennessee St. Tallahassee, FL 32399 | - | | Due: 09/20/09 | | | | 13,292.22 | 0.00 | 13,292.22 |

Sheet  5   of  8   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 0.00 | |
|---|---|---|---|---|
| | (Total of this page) | 117,624.51 | | 117,624.51 |

In re    Old Time Pottery, Inc.                                                    Case No.    09-09548-KL3-11
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| State of Florida Department of Revenue 5050 West Tennessee Street Tallahassee, FL 32399 | - | | Due: 09/20/09 | | | | | 0.00 | |
| | | | | | | | 16,921.18 | | 16,921.18 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| State of Florida Department of Revenue 5050 West Tennessee St. Tallahassee, FL 32399 | - | | Due: 09/20/09 | | | | | 0.00 | |
| | | | | | | | 13,576.18 | | 13,576.18 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| State of Florida Department of Revenue 5050 West Tennessee St. Tallahassee, FL 32399 | - | | Due: 09/20/09 | | | | | 0.00 | |
| | | | | | | | 17,373.71 | | 17,373.71 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| State of Florida Department of Revenue 5050 West Tennessee St. Tallahassee, FL 32399 | - | | Due: 09/20/09 | | | | | 0.00 | |
| | | | | | | | 13,474.83 | | 13,474.83 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| State of Florida Department of Revenue 5050 West Tennessee St. Tallahassee, FL 32399 | - | | Due: 09/20/09 | | | | | 0.00 | |
| | | | | | | | 20,417.04 | | 20,417.04 |

Sheet  6   of  8   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                       0.00
(Total of this page)      81,762.94      81,762.94

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Old Time Pottery, Inc.    , Case No.    09-09548-KL3-11

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| State of Florida Department of Revenue 5050 West Tennessee St. Tallahassee, FL 32399 | | - | Due: 09/20/09 | | | | 11,230.17 | 0.00 | 11,230.17 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| State of Florida Department of Revenue 5050 West Tennessee St. Tallahassee, FL 32399 | | - | Due: 09/20/09 | | | | 13,647.28 | 0.00 | 13,647.28 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Tennessee Department of Revenue Andrew Jackson Building 500 Deaderick Street Nashville, TN 37242 | | - | Due: 09/20/09 | | | | 27,964.23 | 0.00 | 27,964.23 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Tennessee Department of Revenue Andrew Jackson State Office Bldg. 500 Deaderick Street Nashville, TN 37242 | | - | Due: 09/20/09 | | | | 11,556.56 | 0.00 | 11,556.56 |
| Account No. | | | 08/01/09 - 08/21/09 | | | | | | |
| Tennessee Department of Revenue Andrew Jackson State Office Bldg. 500 Deaderick Street Nashville, TN 37242 | | - | Due: 09/20/09 | | | | 18,489.55 | 0.00 | 18,489.55 |

Sheet __7__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | | 0.00 | |
|---|---|---|---|
| (Total of this page) | 82,887.79 | | 82,887.79 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Old Time Pottery, Inc.                                     ,          Case No.    09-09548-KL3-11
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg.<br>500 Deaderick Street<br>Nashville, TN 37242 | - | | 08/01/09 - 08/21/09<br><br>Due: 09/20/09 | | | | <br><br>8,902.10 | 0.00<br><br>8,902.10 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  8    of  8    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 8,902.10 | 8,902.10 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 544,402.84 | 544,402.84 |