# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

In re:                                              )
                                                    )
**OLD TIME POTTERY, INC.,**                         )        Case No. 09-09548-KL3-11
                                                    )
        Debtor.                                )

## ORDER CONFIRMING PLAN

This matter came on for hearing at 9:00 A.M. on May 11, 2010 on confirmation of the

AMENDED FIRST AMENDED AND RESTATED CHAPTER 11 PLAN DATED

FEBRUARY 15, 2010, FILED BY DEBTOR (Docket No. 846) (hereinafter referred to as the

"Plan").  At the hearing, the following appearances were made:  Messrs. G. Rhea Bucy and

Thomas H. Forrester, counsel for Old Time Pottery, Inc., Debtor and Debtor-in-Possession

("Debtor"); Mr. Charles M. Walker, Assistant United States Trustee; Ms. Barbara D. Holmes,

counsel for the Official Committee of Unsecured Creditors; Mr. Marc T. McNamee, counsel for

SunTrust Bank; and Messrs. Michael R. Paslay and Joseph R. Sgroi, counsel for Jaygee

Associates Limited Partnership ("Jaygee").

AND IT APPEARING that the Plan was transmitted to creditors and equity security

holders in accordance with the Bankruptcy Code and Rules;

AND IT, FURTHER, APPEARING that Jaygee timely filed a Limited Objection to the

Plan (Docket No. 954);

AND IT, FURTHER, APPEARING that the Court heard the testimony of Mr. Robert

Sharp, Chief Financial Officer of Debtor, and considered the exhibits which were introduced into

evidence, including the Stipulations aubmitted by the Debtor and Jaygee (Docket No. 984);

AND IT, FURTHER, APPEARING that on the basis of the Stipulation, the testimony and the other evidence introduced at the hearing and the entire record in this matter, the Court holds that the Objection was unfounded and unsupported and should be overruled for the reasons stated on the record at the hearing, which are incorporated herein by reference;

AND IT, FURTHER, APPEARING that, after hearing on notice, the Court has determined that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied, and that the requirements of Rule 3019(a), Fed. R. Bankr. P., have been satisfied;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

A.      The Plan, a copy of which is attached hereto, is hereby confirmed.

B.      Without limiting the generality of the foregoing, the Debtor's assumption in accordance with 11 U.S.C. §§ 365 and 1123(b)(2), as of the Effective Date of the Plan, of each and every lease and executory contract previously assumed or listed in Exhibit A to the Plan, is hereby approved.

C.      The Objection to confirmation filed by Jaygee is hereby overruled.

D.      Within thirty (30) days after the date of entry of this Order, or on the first business day thereafter if the thirtieth day falls on a weekend or holiday, Debtor shall file any Objections that it may have to the claims for rejection damages that were filed by Lessors of leases that Debtor rejected during the pendency of this case.

---

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY**
**AS INDICATED AT THE TOP OF THE FIRST PAGE.**

---

APPROVED FOR ENTRY:

GULLETT, SANFORD, ROBINSON
& MARTIN, PLLC

By: /s/ Thomas H. Forrester
    G. Rhea Bucy/Thomas H. Forrester/Linda W. Knight
Attorneys for Debtor-in-Possession
P. O. Box 198888
Nashville, Tennessee, 37219-8888
(615) 244-4994
Fax: (615) 256-6339
rbucy@gsrm.com; tforrester@gsrm.com; lknight@gsrm.com;
bke@gsrm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 309-09548** |
| **OLD TIME POTTERY, INC.,** | ) | **Chapter 11** |
| | ) | **Judge Lundin** |
| Debtor. | ) | |

**AMENDED**
**FIRST AMENDED AND RESTATED CHAPTER 11 PLAN**
**DATED FEBRUARY 15, 2010, FILED BY DEBTOR**

The Debtor in the captioned case proposes the following first amended and restated plan pursuant to Chapter 11 of Title 11, United States Code, amending and restating the Debtor's Chapter 11 Plan dated February 15, 2010:

ARTICLE I

Definitions

For all purposes of this Chapter 11 Plan, except as otherwise expressly provided or unless the context otherwise requires, the terms defined in this Article I have the meanings ascribed to them as follows:

(1)     "Allowed Claim" shall have the same meaning as in 11 U.S.C. § 502 and § 506(a).

(2)     "Business Day" shall mean any day that is not a Saturday, Sunday, or legal holiday as defined in Rule 9006, F.R. Bankr. P.

(3)     "Case" shall mean the Chapter 11 case commenced by the filing with the Court on August 21, 2009, of a voluntary petition for relief under Chapter 11 of the Code by the Debtor, which petition was assigned Case No. 309-09548.

(4)     "Chapter 11" shall mean Chapter 11 of the Code, 11 U.S.C. §§ 1101-46, as amended.

(5)     "Claim" shall be defined as in 11 U.S.C. § 101(4).

EXHIBIT A

(6)     "Code" shall mean the Bankruptcy Reform Act of 1978, as amended, 11 U.S.C. §§ 101,

et seq.

(7)     "Commitment" shall mean the written agreement that may be entered into by the Debtor

and FirstMerit Bank, N.A., as contemplated by its proposal letter, dated February 9, 2010, to provide

Debtor as of the Effective Date of the Plan with a revolving credit facility in the amount of Twenty

Million Dollars ($20,000,000.00), including a subfacility for letters of credit of Six Million Dollars

($6,000,000.00), on such terms and conditions and provisions for security as are more particularly set

forth therein.  A copy of the Commitment, when issued, and in all events at least ten (10) days before the

deadline for voting on the Plan or filing objections to confirmation thereof, shall have been provided to

the Official Committee of Unsecured Creditors, the Class 3 Claimant, and any other creditor who

requests the same in writing, provided, said entities take such steps as may be reasonable and necessary

to enable OTP to satisfy its obligations to maintain the confidentiality of the Commitment.

(8)     "Confirmation of the Plan" or "Confirmation" shall mean entry by the Court of an order

confirming the Plan in accordance with Chapter 11.

(9)     "Court" shall mean the United States Bankruptcy Judge(s) or the United States District

Judge(s) from time to time exercising original jurisdiction under the Code in the Case.

(10)    "Creditor" shall be defined as in 11 U.S.C. § 101(9).

(11)    "Debtor" shall mean Old Time Pottery, Inc., a Tennessee corporation, EIN 62-1249062,

which is also sometimes referred to herein as "OTP".

(12)     "Debtor-in-Possession" or similar phrase shall mean the Debtor in the capacity and with the status and rights conferred by 11 U.S.C. § 1107.

(13)     "Disclosure Statement" shall mean the document filed by the Debtor in the Case, pursuant to Section 1125 of the Code, as the disclosure statement to accompany the Plan, and approved as such by the Court pursuant to Section 1125 and applicable rules.

(14)     "Effective Date of the Plan" shall mean the second Business Day immediately following the fourteenth (14th) calendar day after entry by the Court of an order confirming this Plan; provided, said order has not been modified, vacated or reversed on appeal, and no appeal of said order is then pending and no stay of said order is then in effect; provided, further, the Debtor may waive the condition that no appeal of the order of confirmation be pending by a writing duly executed by the Debtor and filed with the Court on or before the date which but for the pendency of an appeal would become the effective date of the Plan, and in the event that said condition is timely waived by the Debtor the Plan shall become effective as provided herein notwithstanding the pendency on said date of an appeal or appeals, and in the event that said condition is not timely waived, the Plan shall become effective on the first Business Day of the month immediately following the first month in which an appeal ceases to be pending; provided, further, that the Effective Date of the Plan shall occur instantaneously with, and not before, the closing of the Commitment, as defined herein.

(15)     "Equity Holders" shall mean the beneficial owners of the common stock of the Debtor.[1]

---

[1] The Equity Holders as of the Petition Date are listed in the Statement of Financial Affairs, Item 21.b., as filed in the Case on September 21, 2009.

Case 3:09-bk-09548     Doc 846     Filed 03/25/10     Entered 03/25/10 16:39:30     Desc Main
Document     Page 3 of 55

(16)     "Estate" shall mean the estates created by operation of 11 U.S.C. § 541(a) upon the commencement of the Case.

(17)     "Lender" shall mean FirstMerit Bank, N.A., the issuer of the expected Commitment.

(18)     "Petition Date" shall mean August 21, 2009.

(19)     "Plan" shall mean this First Amended and Restated Chapter 11 Plan Dated February 15, 2010, Filed by Debtor, as the same may be modified from time to time in accordance herewith or pursuant to applicable law.

(20)     "Substantial Consummation of the Plan" or similar phrases shall be defined as in 11 U.S.C. § 1101(2).

(21)     "SunTrust" shall mean SunTrust Bank, a Georgia corporation, and the lender under certain loan agreements executed by the Debtor before the Petition Date.

In addition to the foregoing, certain other terms defined in the Code are sometimes used herein, and where such occurs the terms shall have the respective meanings ascribed to them in the Code unless a contrary intention clearly appears herein.

ARTICLE II

Means for Execution of the Plan

The principal means necessary for the execution of the Plan include continuation of the Debtor's business, as modified by the closing of certain stores, and the closing of a new revolving line-of-credit facility with FirstMerit Bank, N.A.  In general, the Debtor, as reorganized, will retain all property of the Estate, excepting property which is to be sold or otherwise disposed of as provided

EXHIBIT A

for herein, executory contracts which are rejected pursuant to this Plan or otherwise in the Case, and property transferred to creditors of the Debtor pursuant to the express terms hereof. The retained property shall be used and employed by the Debtor in the continuation of the business. (Further details concerning the nature and scope of the Debtor's future business operations may be found in the Disclosure Statement which accompanies this Plan.)

Without limiting the generality of the foregoing, on the Effective Date of the Plan, the reorganized Debtor shall have closed under the Commitment, expected to be issued by FirstMerit Bank, N.A., for a new revolving line-of-credit facility in the amount of Twenty Million Dollars ($20,000,000.00), including the granting of liens and security interests in favor of the Lender as respects substantially all valuable assets of the Debtor.

## ARTICLE III

### Classification of Claims and Interests

The claims of creditors and interests of equity holders will be divided into classes as follows:

Class 1:Class 1 shall consist of all claims having priority under 11 U.S.C. § 507(a)(4) or (5), the entities holding such claims being sometimes referred to herein collectively as "Class 1 Claimants."

Class 2:Class 2 shall consist of all claims having priority under 11 U.S.C. § 507(a)(8), the entities holding such claims being sometimes referred to herein collectively as "Class 2 Claimants."

Class 3:Class 3 shall consist of all allowed claims of SunTrust Bank to the extent such claims are secured by valid, perfected, and unavoidable liens or security interests in property in which the Estate has an interest, and to the extent of the value, determined in accordance with 11 U.S.C. § 506(a), of

EXHIBIT A

SunTrust's interests in the Estate's interest in such property, the entity holding such claims being sometimes referred to herein collectively as the "Class 3 Claimant."

Class 4:Class 4 shall consist of the allowed claims of Pinnacle National Bank to the extent such claims are secured by valid, perfected and unavoidable liens or security interests in property with respect to which the Estate has an interest, and to the extent of the value, determined in accordance with 11 U.S.C. § 506(a), of Pinnacle's interest in the Estate's interest in such property, the entity holding such claims being sometimes referred to herein collectively as the "Class 4 Claimant."

Class 5:Class 5 shall consist of all allowed unsecured claims not entitled to priority and not expressly included in the definition of any other class (including without limitation each such allowed claim arising out of the rejection of any executory contract or unexpired lease, and each such allowed claim secured by a lien on property in which the Debtor had an interest on the Petition Date to the extent that such claim is determined to be unsecured in accordance with 11 U.S.C § 506(a), and each claim of the kinds described in clause (4) or (5) of 11 U.S.C. § 507(a), to the extent that the allowed amount of such claim exceeds the maximum amount or fails to satisfy another condition or limitation (as set forth in said clauses) in or pursuant to which a claim may be accorded priority thereunder), provided, the allowed amount of such claim is not greater than the sum of Five Thousand Dollars ($5,000.00), or the holder of such claim elects to reduce the allowed amount thereof to the sum of Five Thousand Dollars ($5,000.00), the entities holding such claims being referred to herein collectively as "Class 5 Claimants."

EXHIBIT A

Class 6:Class 6 shall consist of all allowed unsecured claims not entitled to priority and not expressly included in the definition of any other class (including without limitation each such allowed claim arising out of the rejection of any executory contract or unexpired lease, and each such allowed claim secured by a lien on property in which the Debtor had an interest on the Petition Date to the extent that such claim is determined to be unsecured in accordance with 11 U.S.C § 506(a), and each claim of the kinds described in clause (4) or (5) of 11 U.S.C. § 507(a), to the extent that the allowed amount of such claim exceeds the maximum amount or fails to satisfy another condition or limitation (as set forth in said clauses) in or pursuant to which a claim may be accorded priority thereunder), provided, the allowed amount of any such claim is greater than the sum of Five Thousand Dollars ($5,000.00), and the holder thereof does not elect to reduce the allowed amount thereof to said sum, the entities holding such claims being referred to herein collectively as "Class 6 Claimants."

Class 7:Class 7 shall consist of the interests of the common stockholders of OTP, the holders thereof being sometimes referred to herein as the "Class 7 Interests."

ARTICLE IV

Classes of Claims and Interests Not Impaired Under the Plan

The following classes of claims and interests are not impaired under the Plan: Class 4 by virtue of 11 U.S.C. § 1124(1); and Class 7, by virtue of 11 U.S.C. § 1124(2).

ARTICLE V

Treatment of Claims and Interests Under the Plan

Class 1 Claimants: On the Effective Date the Plan there shall be paid to each Class 1 Claimant cash equal to the allowed amount of its claim in full settlement, satisfaction and discharge thereof.

EXHIBIT A

Class 2 Claimants: All claims allowed in Class 2 shall bear interest from the Effective Date of the Plan as provided in 28 U.S.C. §§ 6621 and 6622, or other applicable law, and shall be paid in equal monthly installments of principal and interest, the first of which installments shall be due on the thirtieth (30th) day after the Effective Date of the Plan and the last of which shall be due on August 21, 2014 (unless the allowed claims and all interest thereon shall have been fully amortized on an earlier date.)

The reorganized Debtor shall timely file each tax return coming due after the Effective Date of the Plan, and shall pay any balance shown to be due thereon at the time the return is filed.

If the reorganized Debtor fails to make any payment required hereunder, any deposit of any currently accruing employment tax liability, or any payment of any tax to the Internal Revenue Service within 10 days of the due date of such deposit or payment, or fails to file any required federal tax return by the due date of such return (as the same may be extended) and pay any outstanding tax liability shown on the return at the time the return is filed, then the United States may declare that the Debtor is in default of the Plan. Failure to declare a default does not constitute a waiver by the United States of the right to declare that the Debtor is in default. If the United States declares the Debtor to be in default of its obligations under the Plan, then the entire liability, together with any unpaid current liabilities, shall become due and payable immediately upon written demand to the Debtor. If full payment is not made within 10 days of such demand, then, notwithstanding the discharge injunction of 11 U.S.C. § 1141(d), the Internal Revenue Service may collect any unpaid liabilities by any means provided by applicable nonbankruptcy law.

Class 3 Claimant: In full settlement, satisfaction and discharge of the claims of the Class 3 Claimant, on the Effective Date of the Plan, the Loan Balance EDOP of SunTrust shall be paid irrevocably in full in cash, and each unexpired letter of credit issued by SunTrust for the account of OTP shall be returned to SunTrust or other provision satisfactory to SunTrust shall be made. For purposes of the Plan the term "Loan Balance EDOP" shall be computed by adding to SunTrust's

allowed claim, computed in accordance with the Code as of the Petition Date, interest at the non-default rate specified in the note(s) evidencing such claim, and all other reasonable and allowable fees, costs or charges provided for therein for the period commencing August 21, 2009, and ending on the Effective Date of the Plan, and subtracting therefrom all cash payments made by Debtor to the Class 3 Claimant during said period pursuant to an order relating to the use of cash or adequate protection.

The reorganized Debtor shall join with the Class 3 Claimant in the execution, acknowledgment, delivery and recordation of any documents necessary to give full legal effect to the terms, conditions, and purposes of the Plan. In the event any provision of the Plan is found to conflict with any provision of the notes, loan agreements, security agreements or other documents evidencing the claims of the Class 3 Claimant or the security therefor, the provisions of the Plan shall prevail. Upon compliance of the Debtor with the foregoing, on the Effective Date of the Plan all then existing defaults in or under said notes, loan agreements, security agreements or other documents shall be deemed cured, every purported acceleration of a maturity or due date or exercise of any option based upon any alleged default or event of default shall be deemed annulled and decelerated, and every lien or security interest shall be deemed terminated and discharged.

Class 4 Claimant: In accordance with 11 U.S.C. § 1124(2), on the Effective Date of the Plan any default in any contractual provision or applicable law that entitles the Class 4 Claimant to demand or receive accelerated payment of such claim (other than a default of a kind specified in Section 365(b)(2) of the Code), shall be cured, and the holder of such claim shall be compensated for any damages incurred as a result of any reasonable reliance by such holder on such contractual provision or such applicable law; the maturity of such claim shall be reinstated as such maturity existed before such

default; and the legal, equitable or contractual rights to which such claim entitles the holder thereof shall not otherwise be altered.

Class 5 Claimants: In full settlement, satisfaction and discharge of the claims of the Class 5 Claimants, on the Effective Date of the Plan the reorganized Debtor shall pay to each Class 5 Claimant cash equal to the allowed amount of its claim (as the Claimant may have elected to reduce said amount).

Class 6 Claimants: In full settlement, satisfaction and discharge of the allowed claims of the Class 6 Claimants, the reorganized Debtor shall remit to each Class 6 Claimant on the Effective Date of the Plan cash equal to seventy-five percent (75%, or 0.75) of the allowed amount of its claim; and, on or before December 25, 2010, the reorganized Debtor shall remit to each Class 6 Claimant, cash equal to twenty-five percent (25%, or 0.25) of the allowed amount of its claim (the "Deferred Portion"), plus interest computed on the Deferred Portion from the Effective Date of the Plan to the date of payment at the per annum rate of three and one-half percent (0.035 or 3.5%).

Until each Class 6 Claimant shall have received the Deferred Portion of its allowed claim, plus the interest thereon as provided hereinabove, the following provisions shall be and remain in effect:

1.     There shall be a Post-Confirmation Committee comprised of no more than three (3) members, which members shall be selected from the Official Committee of Unsecured Creditors, with the approval of the United States Trustee. The reorganized OTP shall timely provide to the Post-Confirmation Committee copies of all post-confirmation reports filed in the Case and all monthly financial reports provided to the Lender. The Post-Confirmation Committee may retain professionals

(including without the necessity of any further order of the Court any professional whose employment by the Official Committee was previously approved in the Case) to assist it in the performance of its duties, the allowed fees of which professionals for providing financial or legal advice in connection with the reorganized OTP's financial performance and ability to pay the Deferred Portion shall be paid by the reorganized OTP in amounts not to exceed $6,000, in the aggregate, for the period from the Effective Date of the Plan through the due date of the payment of the Deferred Portion, provided however that said cap on fees will not apply if the reorganized OTP is in default of its obligations under the confirmed Plan or its obligations to Lender.

2.     The reorganized OTP shall be prohibited from making any loan, loan repayment, dividend or other distribution or payoff of any kind to any shareholder of OTP, any affiliate of any shareholder, or any relative of any shareholder; provided, however, the foregoing shall not be construed so as to prohibit the payment of (i) compensation or expense reimbursement to any shareholder who is to be employed by the reorganized OTP, as disclosed herein or in the Disclosure Statement; (ii) rent or other amounts coming due under any lease between the Debtor and any affiliate of the Debtor that was assumed under the Plan or otherwise in the Case; or (iii) distributions to shareholders for the purpose of paying their income taxes on any taxable income of OTP that may have been passed through to the shareholders by virtue of OTP's election to be an "S" corporation.

3.     The reorganized OTP shall be prohibited from selling any stock in OTP, or any assets outside the ordinary course of business; provided, however, the foregoing shall not be construed so as to prohibit the conduct of store-closing or similarly-themed sales at certain stores whose leases are

# EXHIBIT A

expected to expire in 2010, nor the conduct of so-called "yellow tag" events designed to liquidate dated inventory.

Should the reorganized OTP fail to pay when due hereunder the Deferred Portion of the allowed claim of any Class 6 Claimant, and the interest thereon as provided hereinabove, or be in breach of the restrictive covenants that shall be in effect hereunder pending payment of the Deferred Portion, the Plan shall be in default. In such event, each Class 6 Claimant and/or the Post-Confirmation Committee shall retain and be entitled to enforce immediately all remedies hereunder, under the Code and Rules, or under other applicable law, on account of such default. Without limiting the generality of the foregoing,

1. Any holder of an allowed Class 6 Claim that is in default and/or the Post-Confirmation Committee shall have standing to file a motion seeking a reopening of the Case if the Case shall then have been closed pursuant to Article X hereof, and, following entry of an order reopening the Case, to exercise or seek any other appropriate remedy on account of such default in the Plan; and

2. If the Case remains in Chapter 11 and no trustee is appointed in the Case, and the reorganized Debtor refuses or fails, promptly after demand is made, to prosecute any potential avoidance or other cause of action retained hereunder (see Article VII, section 3, below), including without limitation those disclosed in the responses to Item 3 of the Statement of Financial Affairs filed in this Case or that may arise by virtue of the in-lieu-of-income-tax payments totaling approximately $2.4 million, made to certain shareholders in 2008, the Post-Confirmation Committee shall be deemed to be vested with all such causes of action. The Post-Confirmation Committee may, subject to approval by the Court, employ and compensate such professionals as may be necessary or appropriate to prosecute

EXHIBIT A

such causes of action to a final resolution by settlement or judgment. To the fullest extent permitted by law, all applicable statutes of limitation for bringing any such cause of action shall be deemed to have been tolled during any period when the Case was closed.

Class 7 Interests: The legal, equitable and contractual rights, to which the interests of the Class 7 Interests entitle the holders thereof, are not altered by the Plan.

ARTICLE VI

Costs and Expenses of Administration

All expenses of administration allowed pursuant to 11 U.S.C. § 503, including without limitation claims allowed pursuant to § 503(b)(9), and compensation and reimbursement allowed pursuant to 11 U.S.C. § 330 to the attorneys for the Debtor-in-Possession, to the Court-approved attorneys for any official committee of creditors or equity security holders, and any other professional persons employed pursuant to 11 U.S.C. § 327, as allowed by the Court (but excluding claims referred to in the immediately-following paragraph), shall be paid in full in cash on the Effective Date of the Plan or, if later, on the date on which such claim is allowed by the Court, unless any holder of such a claim consents in writing to different treatment of its claim.

All expenses of administration, as allowed by the Court, resulting from the purchase by the Debtor-in-Possession of goods or services in the ordinary course and conduct of the Debtor's business on or after the Petition Date, shall be assumed by the reorganized Debtor and shall be paid in accordance with the terms of the parties' contract or such other legal or equitable rights of the holder of any such claim; any such claim which is past due as of the Effective Date of the Plan shall be paid in cash on said date to the extent necessary to bring the claim current.

EXHIBIT A

## ARTICLE VII

### General Provisions

1.      Notwithstanding any other provision of this Plan, each claim shall be paid only after it has been allowed in accordance with the Code.

2.      At the option of the Debtor this Plan may be withdrawn at any time prior to the Effective Date of the Plan.  Such option shall be exercised by the filing in the Case of a notice of withdrawal and mailing a copy of such notice to all creditors, equity security holders and persons specially requesting all notices in this Case.  If such option is timely and properly exercised, the Case shall continue and be administered as if the Plan had been withdrawn prior to the Confirmation.

3.      Pursuant to section 1123(b)(3)(B) of the Code, the reorganized Debtor shall retain each and every claim, demand or cause of action whatsoever which the Debtor or Debtor-in-Possession had or had power to assert immediately prior to Confirmation of the Plan, including without limitation actions for the avoidance and recovery pursuant to section 550 of the Code of transfers avoidable by reason of section 544, 545, 547, 548, 549 or 553(b) of the Code, and actions under applicable state law including without limitation T.C.A. § 66-3-101, et seq., and the Tennessee Fraudulent Transfer Act at T.C.A. § 66-3-301, et seq., and may commence or continue in any appropriate court or tribunal any suit or other proceeding for the enforcement of same.  TO THE FULLEST EXTENT PERMITTED BY LAW, ALL APPLICABLE STATUTES OF LIMITATION FOR BRINGING ANY SUCH CAUSES OF ACTION SHALL BE DEEMED TO HAVE BEEN TOLLED DURING ANY PERIOD WHEN THE CASE WAS CLOSED, PURSUANT TO ARTICLE X HEREOF.

## EXHIBIT A

4.      All fees payable under 28 U.S.C. § 1930, as determined by the Court at the hearing on Confirmation, shall be paid in full in cash on the Effective Date of the Plan.  All fees payable under 28 U.S.C. § 1930 for all periods after Confirmation shall be paid by the reorganized Debtor.

5.      Pursuant to 11 U.S.C. § 1143, if any claimant has failed to claim any money or other property payable or distributable under the Plan to said claimant before the fifth anniversary of the Effective Date of the Plan, said claimant's interest in said money or property shall terminate and all interest therein shall revert to and become property of the reorganized Debtor.

6.      The Board of Directors of Debtor shall set the 2010 annual meeting of the shareholders for a date no later than April 2, 2010.  At the annual meeting, the following individuals, who constitute the existing board of directors of the Debtor, shall be elected for terms of one year commencing April 1, 2010, and until their successors shall have been duly elected and shall have assumed their offices:

Harry G. Carson, Jr.

Ross M. Lindsay, III

Richard Lozins

Sallie Peterson

Scott M. Peterson

Fred Williams

Board members will not receive compensation for service on the Board other than reimbursement of expenses.  W. Fred Williams, who serves as part-time executive for OTP, shall continue to bill the company hourly for his services.  As soon as practicable after the Confirmation of the Plan, the newly elected and constituted Board of Directors of OTP shall hold a special meeting to take the following actions to be effective as of the Effective Date of the Plan:

EXHIBIT A

(a)    to cause the following to be elected as the officers of OTP, such officers to serve until

the annual meeting of the Board of Directors in the year 2011:

| Officer | Title | Compensation |
|---|---|---|
| Scott M. Peterson | President | $200,000 + 0.1 % of sales |
| Gale Inman | Secretary | $49,500 |
| Robert Sharp | Chief Financial Officer/Treasurer | $150,000 |
| Bill Hauck | Vice President of Merchandising | $130,000; |

(b)    to reaffirm the existing provisions of OTP's charter that authorize the issuance of only

one class of stock, which is voting, no par, common stock; and

(c)    to cause the charter and by-laws of OTP to be amended or modified in such other

respects as may be necessary and sufficient to conform to and to effectuate fully the terms and

provisions of this Plan.

7.    No Directors of the reorganized OTP shall be eligible for bonuses until such time as the

Deferred Portion of the allowed Class 6 claims shall have been paid.  Management of the reorganized

OTP shall have the discretion to grant bonuses in amounts not to exceed $500,000, in the aggregate, to

other employees including the following officers:  Robert Sharp; Bill Hauck; and Gale Inman.

### ARTICLE VIII

Provisions for the Assumption or Rejection of Executory
Contracts and Unexpired Leases

Debtor hereby assumes pursuant to sections 365 and 1123(b) of the Code the thirty-two (32)

leases of nonresidential real property described in Exhibit A, attached hereto and incorporated herein

by this reference, in addition to those unexpired leases which have been previously assumed with

approval of the Court during the Chapter 11 case.  Except as otherwise noted in Exhibit A, each lease

EXHIBIT A

identified therein is being assumed as modified by modifications previously agreed to by the landlord and OTP.

Debtor hereby rejects pursuant to sections 365 and 1123(b) of the Code the unexpired leases set forth in Exhibit B, attached hereto and incorporated herein by this reference, in addition to those unexpired leases which have been previously rejected with approval of the Court during the Chapter 11 case.

Debtor hereby assumes pursuant to sections 365 and 1123(b) of the Code the executory contracts set forth in Exhibit C, attached hereto and incorporated herein by this reference, in addition to those executory contracts which have been previously assumed with approval of the Court during the Chapter 11 case.

Debtor hereby rejects pursuant to sections 365 and 1123(b) of the Code the executory contracts set forth in Exhibit D, attached hereto and incorporated herein by this reference, in addition to those executory contracts which have been previously rejected with the approval of the Court during the Chapter 11 case.

All executory contracts and unexpired leases not heretofore assumed or rejected with the approval of the Court during this Chapter 11 case, and not set forth in Exhibit A, Exhibit B, Exhibit C or Exhibit D, are hereby rejected.

The identification of a document in Exhibit A, Exhibit B, Exhibit C or Exhibit D does not constitute an admission by the Debtor that the document is a valid, binding, enforceable, unavoidable or executory contract, or that the document is not an installment sales contract disguised as a lease, the Debtor hereby expressly reserving its rights with respect to all such issues, as well as its rights to object to any claim filed by any party to any document identified in Exhibit A, Exhibit B, Exhibit C or Exhibit D.

## EXHIBIT A

**ANY PARTY TO AN EXECUTORY CONTRACT THAT IS REJECTED HEREBY MUST FILE ANY PROOF OF CLAIM FOR DAMAGES ARISING UPON SAID REJECTION OR TERMINATION NO LATER THAN THE THIRTIETH (30TH) DAY AFTER THE EFFECTIVE DATE OF THE PLAN.** The foregoing provision is not intended to extend the respective deadlines for filing lease rejection damages claims, as fixed by the order of February 3, 2010 (Docket No. 557), or the order of February 4, 2010 (Docket No. 573), as respects the landlords the rejection of whose leases of nonresidential real property were approved by said orders.

ARTICLE IX

Provisions for Modification of the Plan

The Debtor may propose amendments or modifications of this Plan at any time prior to Confirmation. After Confirmation, the Debtor may, with approval of the Court, and so long as it does not materially or adversely affect the interests of creditors, remedy any defect or omission, or reconcile any inconsistencies in the Plan, or in the order of confirmation, in such manner as may be necessary to carry out the purposes and intent of this Plan. The foregoing provisions of this Article IX do not limit the ability of any party to modify the Plan under 11 U.S.C § 1127 and applicable rules.

ARTICLE X

Closing of the Case

At such time as the Case has been fully administered, that is, when all administrative matters or issues requiring action or resolution by the Court have been completed or resolved, and the Plan has been Substantially Consummated, this Case shall be closed. To close the Case the Debtor shall file an

EXHIBIT A

application for final decree showing that the Case has been fully administered and that the Plan has been Substantially Consummated. After notice to all equity security holders, the official committee of unsecured creditors and their attorneys, the United States Trustee and all persons specially requesting notices, and an opportunity for a hearing, an order approving the application and closing the Case (final decree) may be entered. If the Debtor seeks to close the Case prior to payment of the Deferred Portion to Class 6, the application for a final decree and the resulting order will provide for tolling of the statute of limitations as to all claims and causes of action retained under the Plan.

In the period after Confirmation but before closing of the Case, the reorganized Debtor and, to the extent provided for herein, the Post-Confirmation Committee, may continue to utilize the services of professional persons whose employment was approved at or prior to Confirmation in completing administration of the Case and in the consummation and performance of the Plan, and, if necessary, with approval of the Court may employ additional professional persons to render services in or in connection with the Case. With respect to services rendered and expenses incurred in or in connection with the Case by any professional person during such period, the professional person may render periodic billings therefor to the Debtor which shall promptly pay the same, but each such payment shall be subject to review and approval by the Court as to the reasonableness thereof, as set forth hereinbelow. In its application for final decree, the Debtor shall detail all amounts paid during such period to professional persons as compensation for services rendered or reimbursement of expenses incurred, and with respect to which no prior allowance thereof has been made by the Court. At the hearing on the application for

final decree the Court shall consider and determine whether or not such payments shall be approved as reasonable.

## ARTICLE XI

### Provisions for Continuing Jurisdiction of the Court

In addition to the continued jurisdiction after Confirmation which is provided for as a matter of law by the Bankruptcy Code and Bankruptcy Rules, the Court shall retain jurisdiction for the following purposes:

(1)     Classification of any claim or interest, the determination of such objections as may be filed to claims, or interests, and the re-examination of the allowance of any claim or interest.

(2)     Correction of any defect, the curing of any omission, or the reconciliation of any inconsistency in this Plan or the order of confirmation as may be necessary to carry out the purposes and intent of this Plan.

(3)     Enforcement and interpretation of the terms and conditions of this Plan.

(4)     Entry of any order, including injunctions, necessary to enforce the title, rights and powers of the Debtor and to impose such limitations and terms of such title, rights and powers as the Court may deem necessary.

(5)     Determination of any claims asserted by the Debtor against any other person or entity, including but not limited to any right of the Debtor or Debtor-in-Possession to recover assets pursuant to the provisions of Title 11, if such claim is pursued in the Court prior to the closing of the Case.

## EXHIBIT A

(6) Determination of all questions and disputes concerning the sale, lease,

encumbrancing or other transfer of property of the Debtor, or the performance of the Plan.

(7) Entry of a final decree closing this Case.

Executed at Nashville, Tennessee, as of the date first above written.

<div style="margin-left: 50%;">

Old Time Pottery, Inc.,
a Tennessee corporation

By: /s/ Scott Peterson
    Scott Peterson
Its: President

</div>

GULLETT, SANFORD, ROBINSON
& MARTIN, PLLC

By: /s/ G. Rhea Bucy
    G. Rhea Bucy/Thomas H. Forrester/Linda W. Knight
Attorneys for Debtor-in-Possession
P. O. Box 198888
Nashville, Tennessee, 37219-8888
(615) 244-4994
rbucy@gsrm.com; tforrester@gsrm.com; lknight@gsrm.com;
bke@gsrm.com

## EXHIBIT A

### UNEXPIRED LEASES TO BE ASSUMED

| LANDLORD | STORE PREMISES | STATUS |
|---|---|---|
| Benderson Development Company, LLC<br>570 Delaware Ave.<br>Buffalo, NY 14202 | (Ft. Myers – Store No. 17 )<br><br>4450 Fowler Street<br>Ft. Myers, FL 33901 | Lease to be assumed with no modifications |
| Brandon Crossings, LLC<br>Attn: William S. Weisman, Managing Member<br>2385 Executive Center Drive, Suite 270<br>Boca Raton, FL 33431 | (Tampa – Store No. 28)<br><br>Brandon Crossings Shopping Center<br>10087 E. Adamo Drive, #50<br>Tampa, FL 33619 | Amendment Fully Executed |
| BVB Properties, Inc.<br>4508 East Independence Blvd.<br>Suite 207<br>Charlotte, NC 28205<br>Attn: Colette Brown | (Greensboro – Store No. 45)<br><br>3700 South Holden Road<br>Greensboro, NC 27406 | Amendment Fully Executed |
| C & A LTD. L.L.C.<br>R. Mark Addy<br>11501 Northlake Drive<br>Cincinnati, OH 45249-1669 | (Melbourne – Store No. 41)<br><br>Melbourne Village Plaza<br>1270 N. Wickham Road<br>Melbourne, FL 32935 | Lease to be assumed with no modifications |
| Century Plaza, LLC<br>One Westbrook Corp Center<br>Suite 520<br>Westchester, IL 60154<br>Attn: Richard F. Dube, President | (Merrillville – Store No. 40)<br><br>Century Plaza<br>Route 30 and Broadway<br>Merrillville, IN | Amendment Fully Executed |
| Cobblewood Plaza Investors, LP<br>Attn: Mike McCain<br>5700 Legacy Drive, Suite 10<br>Plano, TX 75024 | (Forest Park – Store No. 20)<br><br>1191 Smiley Avenue<br>Forest Park, OH 45240 | Amendment Fully Executed |
| Cole OL IL, LLC<br>2555 East Camelback Road, Suite # 400<br>Phoenix, AZ 85016 | (Fairview Heights – Store No. 36)<br><br>10785 Lincoln Trail Drive<br>Fairview Heights, IL | Amendment Fully Executed |

| | | |
|---|---|---|
| Deerfield Myrtle Beach, LLC<br>c/o Sodie, Inc.<br>Attn: Steve Dickens/Jerry Dickens<br>8402-201 Six Forks Road<br>Raleigh, NC 27615 | (Surfside Beach – Store No. 39)<br><br>1870 North Kings Highway<br>Surfside Beach, SC 29575 | Lease to be assumed with no modifications |
| Eiffel Tower Investments, LLC<br>Attn: Abbas L. Datoo<br>740 Pickfair Terrace<br>Lake Mary, FL 32746 | (Casselberry – Store No. 23)<br><br>204 E. State Road 436<br>Casselberry, FL 32707 | Lease to be assumed with no modifications |
| Frank Schilleci<br>8242 Mossy Oak Drive<br>Montgomery, AL 36117 | (Pelham – Store No. 29)<br><br>3001 Highway 31<br>Pelham, AL | Amendment Fully Executed |
| Gateway Adams, Inc.<br>P.O. Box 57005<br>Newark, NJ 07101<br><u>Overnight</u>:<br>North Fork Bank<br>Attn: Lockbox 57005 Emmes Asset Mgmt.<br>9025 Main Road<br>Mattituck, NY 11952 | (Florissant - Store No. 24)<br><br>Grandview Shopping Center<br>42 Dunn Road<br>Florissant, MO | Amendment Fully Executed |
| Gateway Arthur, Inc.<br>P.O. Box 57005<br>Newark, NJ 07101<br>Legal Notices for Landlord:<br>Emmes Realty Services, LLC<br>Attn: Legal Dept<br>420 Lexington Ave., Ste 900<br>New York, NY 10170 | (Indianapolis - Store No. 26)<br><br>8811 Hardegan Street<br>Greenwood, IN | Amendment Fully Executed |
| Gulf Hauling and Construction, Inc.<br>Attn: Lamar Harrison<br>Corner of Cottage Hill & Leroy Stevens Road<br>8081 Cottage Hill Road<br>P. O. Box 69<br>Wilmer, AL 36587 | (Mobile – Store No. 6)<br><br>Skyline Plaza Shopping Center<br>4001 Government Boulevard<br>Mobile, AL | Amendment Fully Executed |

396880.2/2009771

EXHIBIT A

| | | |
|---|---|---|
| Isabel Feldman<br>Ramco-Gershenson<br>31500 Northwestern Hwy, # 300<br>Farmington Hills, MI 48334 | (Tamarac – Store No. 14)<br><br>4021 W. Commercial Boulevard<br>Tamarac, FL 33319 | Amendment<br>Fully Executed |
| Jaygee Associates, LP<br>6735 Telegraph Rd., Suite 110<br>Bloomfield Hills, MI 48301 | (Florence – Store No. 19)<br><br>Builders Square Store # 1339<br>828 Heights Blvd.<br>Florence, KY | Lease to be assumed<br>with no modifications |
| K & H Hawthorne, LLC<br>c/o Grubbs & Ellis (The Winbury Group)<br>c/o Winbury Realty of KC, Inc.<br>46459 Roadrunner Road<br>Fremont, CA 94539 | (Kansas City – Store No. 27)<br><br>U. S. Highway 40 & Noland Road<br>Kansas City, MO | Amendment Fully<br>Executed |
| KIMCO Realty Corp.<br>3333 New Hyde Park Rd., Ste 100<br>P. O. Box 5020<br>New Hyde Park, NY 11042-0020 | (Madison – Store No. 5)<br><br>111 Gallatin Pike North<br>Madison, TN 37115 | Amendment Fully<br>Executed |
| KIMCO Realty Corp.<br>3333 New Hyde Park Rd, Suite 100<br>P. O. Box 5020<br>New Hyde Park, NY 11042-0020 | (Orlando – Store No. 21)<br><br>937 Sand Lake Road<br>Orlando, FL | Lease to be assumed<br>with no modifications |
| Lakeland Station Holding, LLC<br>c/o Gilad Development, Inc.<br>Attn: Yehuda Netanel<br>5959 Topanga Canyon Blvd., Suite 285<br>Woodland Hills, CA 91367<br><br><br>Copy Notices to:<br>Jones Waldo Holbrook and McDonough<br>PC<br>301 North 200 East, Suite 3-A<br>St. George, Utah 84770<br>Attn: Timothy B. Anderson, Esq. | (Lakeland – Store No. 2)<br><br>Belz Outlet Mall<br>3536 Canada Road<br>Lakeland, TN 38002 | Amendment Fully<br>Executed |

396880.2/2009771

EXHIBIT A

| | | |
|---|---|---|
| Lowe's Home Centers, Inc.<br>Attn: Property Mgmt. Dept.<br>1605 Curtis Bridge Rd.<br>Wilkesboro, NC 28697<br>P. O. Box 1111<br>North Wilkesboro, NC 28656 | (Charlotte – Store No. 32)<br><br>2500 Sardis Rd North<br>Charlotte, NC | Lease to be assumed<br>with no modifications |
| Market Place Shopping Center<br>d/b/a Verdae Properties, LLC<br>111 Williams Street<br>P. O. Box 2287<br>Greenville, SC 29602 | (Greenville – Store No. 31)<br><br>2425 Laurens Road<br>Greenville, SC | Amendment<br>Fully Executed |
| Marketplace of Rockford, LLC<br>Sidcor Real Estate<br>Attn: Dale Dobroth<br>950 North Western Avenue, Suite # 2<br>Lake Forest, IL 60045-1734 | (Rockford – Store No. 38)<br><br>5880 East State Street<br>Rockford, IL 61108 | Amendment<br>Fully Executed |
| MC-NC, LLC<br>c/o Walpert Properties<br>11457 Olde Cabin Road, 2nd Floor, Ste 200<br>St. Louis, MO 63141 | (Columbus – Store No. 11)<br><br>2200 Morse Road<br>Columbus, OH | Amendment<br>Fully Executed |
| Orlando Punit, LLC<br>c/o Trycon Management and Leasing Inc.<br>Attn: Mary Miller<br>1431 Orange Camp Road, Ste 116<br>Deland, FL 32724<br>P. O. Box 953544<br>Lake Mary, FL 32795-3544 | (Ocoee – Store No. 33)<br><br>11029 W. Colonial Drive<br>Ocoee, FL 34761 | Amendment Fully<br>Executed |
| OTP Associates Gulf Shores, LP<br>P. O. Box 1838<br>Murfreesboro, TN 37133-1838<br>Phone: (615) 890-2100<br>Attn: Jack H. Peterson or Sallie Peterson | (Gulf Shores – Store No. 8)<br><br>7976 State Highway 59<br>Foley, AL 36535 | Amendment<br>Fully Executed |
| OTP Associates, LP<br>P. O. Box 1838<br>Murfreesboro, TN 37133-1838<br>Phone: (615) 890-2100<br>Attn: Sallie Peterson | (Murfreesboro – Store No. 1)<br><br>480 River Rock Boulevard<br>Murfreesboro, TN 37128 | Amendment<br>Fully Executed |

396880.2/2009771

EXHIBIT A

| | | |
|---|---|---|
| Parma Heights Land Development, LLC<br>c/o McGill Property Group<br>Attn: Matt McGill (Owner)<br>Attn: John McGill (Pres)<br>125 W. Indiantown Rd, Ste #102<br>Jupiter, FL 33458 | (Parma Heights – Store No. 12)<br><br>7011 West 130th Street<br>Parma Heights, OH 44130 | Amendment<br>Fully Executed |
| PDC Holdings, LLC<br>c/o General Growth Properties, Inc.<br>110 North Wacker Drive<br>Chicago, IL 60606 | (Clarksville – Store No. 44)<br><br>River Falls Mall<br>951 East Lewis & Clark Parkway<br>Clarksville, IN 47129 | Lease to be assumed<br>with no modifications |
| Shanri Holdings Corporation<br>c/o The Pelican Group<br>Attn: Dana Nelson<br>Rent Address:<br>P. O. Box 160403<br>Mobile, AL 36616<br>Physical Address:<br>917 Western America Circle,<br>Suite 503<br>Mobile, AL 36609-4110 | (Destin – Store No. 25)<br><br>761 Highway 98 East<br>Destin, FL 32541 | Amendment<br>Fully Executed |
| Stebri Enterprises, Inc.<br>Attn: Mark G. Blumenthal, President<br>P. O. Box 720655<br>Atlanta, GA 30358 | (Marietta – Store No. 7)<br><br>Blackwell Plaza Shopping Center<br>2949 Canton Road<br>Marietta, GA | Amendment Fully<br>Executed |
| VISHAL, INC.<br>Attn: Shiv Aggarwal<br>5675 Jimmy Carter Blvd., Suite 505<br>Norcross, GA 30071 | (Huntsville – Store No. 43)<br><br>9076 Madison Boulevard<br>Madison, AL 35758 | Amendment<br>Fully Executed |
| ZP No. 73, LLC<br>Attn: Jeffrey Zimmer<br>111 Princess Street<br>Wilmington, NC 28402 | (Wilmington – Store No. 37)<br><br>4302 Shipyard Blvd<br>Wilmington, NC 28403 | Lease to be assumed<br>with no modifications |

EXHIBIT A

## EXHIBIT B

UNEXPIRED LEASES TO BE REJECTED

None[1]

---

[1] The Debtor has previously rejected, pursuant to 11 U.S.C. § 365, five (5) unexpired leases of nonresidential real property (premises located in Memphis, Tennessee; Duluth, Georgia; Douglasville, Georgia; Broken Arrow, Oklahoma; and Dayton, Ohio). The rejection of these five (5) leases has been approved by the Court by Orders entered February 3, 2010 (Docket No. 557), and February 4, 2010 (Docket No. 573).

EXHIBIT A

<u>**EXHIBIT C**</u>

EXECUTORY CONTRACTS TO BE ASSUMED

**A.**      <u>**Software, data and card processing agreements**</u>:

| <u>Contract Company</u> | <u>Description</u> |
|---|---|
| Fifth Third Processing Solutions<br>38 Fountain Square Plaza<br>Cincinnati, OH  45263 | Merchant credit card processing agreement. |
| Shift 4<br>1491 Center Crossing Road<br>Las Vegas, NV  89144 | Gateway service between our point of sale software and the credit card processor to provide for authorization and settlement of transactions. |
| Newbold Corporation<br>450 Weaver Street<br>Rocky Mount, VA  24151 | Maintenance agreement for point of sale equipment |
| Genesys Group<br>256 Seaboard Lane, Suite B101<br>Franklin, TN  37067 | Maintenance agreement for Service suite software. |
| Nuvox<br>P.O. Box 580451<br>Charlotte, NC  28258 | Telephone & data network service |
| JDA Software<br>14400 N. 87Th Street<br>Scottsdale, AZ 85260-3649 | Software Maintenance<br>Beginning August, 02 Maintenance Term<br>Five Years then Annual |

**B.**      <u>**Insurance related agreements**</u>:

| <u>Contract Company</u> | <u>Description</u> |
|---|---|
| Companion Life Insurance<br>PO Box 20574<br>Indianapolis IN 46220 | Limited Hourly Health Insurance Plan<br>Beginning August 1, 2009 annual<br>All Hourly Employees<br>Unemployment Cost Control |
| Thomas & Thorngren Inc<br>One Vantage Way, Suite A105<br>Nashville TN 37228 | Beginning February, 08 Thirty Day Notice to cancel |

## EXHIBIT A

1

Case 3:09-bk-09548   Doc 846   Filed 03/25/10   Entered 03/25/10 16:39:30   Desc Main
Document      Page 28 of 55

Cigna HealthCare                          Major Medical Health Plan for Salaried
1111 Market Street                        Beginning August 1, 2009 annual
Chattanooga, TN 37402                     All Salaried Employees

Walton Management Service                 Work Opportunity Tax Credit
3321 Doris Avenue                         Beginning October, 07 Three Year Contract
Ocean, NJ 07712

Hartford Life                             Voluntary Long Term Disability
810 Crescent Centre Drive Suite 120       Beginning June, 08 Annual Renewal
Franklin, TN 37067                        All salaried employees


C.      **Shipping agreements:**


Contract Company                          Description

Cocso Container Lines Americas Inc        Shipping Merchandise
100 Lighting Way                          Beginning May, 09 Ends April 30, 10
Sacaucus, NJ 07094

Evergreen Line                            Shipping Merchandise
100 Galleria Parkway NW Suite 10220       Beginning July 09 annual basis
Atlanta, GA 30339

D.      **HVAC maintenance agreements:**

Contract Company                          Description

Deem Mechanical and Electrical Company    HVAC Maintenance
6831 East 32nd Street Suite 200
Indianapolis, IN 46226

*February 07, Annual*

Forest Park, Ohio Store

Florence, KY Store

Parma Heights, OH Store

Columbus, OH Store

Murfreesboro, TN Store

Madison, TN Store

*March, 08*

Merrillville, IN Store

*April, 08*
Greensboro, NC Store
Clarksville, IN Store
Marietta, GA Store

*May 11, 09 Annual*
Melbourne, FL Store
Ocoee, FL Store
Greenville, SC Store
Tampa, FL Store

| | |
|---|---|
| Butcher and Lawson Air Conditioning<br>6998 Cold Springs Lane<br>Millington, TN 38053 | HVAC Maintenance<br>Beginning October, 06 30 day notice to cancel<br>Lakeland Store #2 Location |
| Comfort Zone  Heating and Cooling<br>1108 22nd Street<br>Rockford, IL 61108 | HVAC Maintenance<br>Beginning October 05/30 day notice to cancel<br>Rockford, IL Store # 38 Location |
| Tidewater Heating and Air Inc<br>150 Southern Blvd<br>Wilmington, NC 28406 | HVAC Maintenance<br>Beginning March, 09 Annual<br>Wilmington, NC Store #37 |
| Prost Heating and Cooling<br>PO Box 794<br>Collinsville, IL 62234 | HVAC Maintenance<br>Beginning June, 09 Annual<br>Fairview Heights, IL Store # 36 |
| United Heating and Cooling<br>301 Duck Road<br>Grandview MO 64030 | HVAC Maintenance<br>Beginning 30 days notice to cancel<br>Kansas City, MO Store # 27 |
| Hardy Services<br>3801 2nd Avenue South<br>Birmingham, AL 35222-1806 | HVAC Maintenance<br>Beginning April, 04 Annual Agreement<br>Pelham, AL Store # 29 |
| ASM - Sanders, Inc<br>241 Production Avenue<br>Madison, AL 35785 | HVAC Maintenance<br>Beginning August, 06 Annual Agreement<br>Huntsville, AL Store # 43 |
| Four Seasons<br>35 Tupelo Ave SE<br>Fort Walton Beach, FL 32548 | HVAC Maintenance<br>Beginning October, 03 30 day notice to cancel<br>Destin, Fl Store 25 Location |

EXHIBIT A

398503.2/2009771

Coleman Heating and Sheet Metal          HVAC Maintenance
PO Box 3012                              January 1, 09 - December 31, 09
Bridgeton, MO 63044                      Florissant, MO Store # 24

Titan Mechanical Inc                     HVAC Maintenance
144 Baywood Ave                          Beginning June 04 - 30 Day Notice to cancel
Longwood, FL 32750                       Casselberry, FL Store # 23

J & M Heating and Cooling                HVAC Maintenance
5171 Trott Circle                        Beginning February, 07 Annual Agreement
Northport, FL 34287                      Fort Myers, FL Store # 17

**E.**     **Pest control agreements:**


Contract Company                         Description

Orkin                                    Pest Control
4632 Groves Road                         Store Space Leased at
Columbus, OH 43232                       Columbus # 11
                                         2200 Morse Road
                                         Columbus, OH 43229


Orkin                                    Pest Control
2100 Andrea Ln Se                        Store Space Leased at
Ft. Myers, FL 33912                      4450 Fowler Street
                                         Fort Myers, FL 33901


Orkin – Acurid                           Pest Control
7046 Fairfield Business Drive            Store Space Leased at
Fairfield, OH  45014                     Florence # 19
                                         828 Heights Blvd
                                         Florence, KY 41042


Orkin – Acurid                           Pest Control
7046 Fairfield Business Drive            Store Space Leased at
Fairfield, OH  45014                     Forest Park # 20
                                         1191 Smiley Avenue
                                         Forest Park, OH 45240


Orkin                                    Pest Control
704 WSR 436                              Store Space Leased at
Alt. Springs, FL 32714                   Casselberry # 23
                                         204 East State Road 436
                                         Casselberry, FL 32707

| | |
|---|---|
| Orkin | Pest Control |
| 2530 North Bolton Avenue | Store Space Leased at |
| Indianapolis, IN  46218 | Indianapolis # 26 |
| | 8811 Hardegan Street |
| | Indianapolis, IN 46227 |
| | |
| Terminix | Pest Control |
| 10623 Rene | Store Space Leased at |
| Lenexa, KS 66215 | Kansas City # 27 |
| | 14221 East US HWY 40, No 8 |
| | Kansas City, MO 64136 |
| | |
| Terminix | Pest Control |
| 1840 Redman Pkwy | Store Space Leased at |
| Plant City, FL 33566 | Tampa # 28 |
| | 10087 East Adamo Drive No 50 |
| | Tampa, FL 33619 |
| | |
| Terminix | Pest Control |
| 104 Hilltop Business Drive | Store Space Leased at |
| Pelham, AL 35124 | Pelham # 29 |
| | 3001 Pelham Parkway |
| | Pelham, AL 35124 |
| | |
| Hometeam | Pest Control |
| 6037 Ponders Ct | Store Space Leased at |
| Greenville, SC 29615 | Greenville # 31 |
| | 2425 Laurens Road |
| | Greenville, SC 29607 |
| | |
| Terminix | Pest Control |
| 6116 Indian Trail-Fairview Road | Store Space Leased at |
| Indian Trail, NC  28079 | Charlotte # 32 |
| | 2500 Sardis Road North |
| | Charlotte, NC 28227 |
| | |
| Orkin | Pest Control |
| 704 WSR 436 | Store Space Leased at |
| Alt. Springs, FL 32714 | Ocoee # 33 |
| | 11029 W Colonial Drive |
| | Ocoee, FL 34761 |
| | |
| Orkin | Pest Control |
| 15 Gateway Drive | Store Space Leased at |
| Collinsville, IL 62234 | Fairview Heights # 36 |
| | 10785 Lincoln Trail Dr |
| | Fairview Heights, IL 62208 |

## EXHIBIT A

| | |
|---|---|
| The Bug Lady Pest Control<br>7421 N Alpine Road<br>Loves Park, IL 61111 | Pest Control<br>Store Space Leased at<br>Rockford # 38<br>5880 E State Street<br>Rockford, IL 61108 |
| Terminix<br>P.O. Box 1345<br>Myrtle Beach, SC 29578 | Pest Control<br>Store Space Leased at<br>Surfside Beach # 39<br>1870 N. Kings Highway<br>Surfside Beach, SC 29575 |
| Orkin<br>2170 Piedmont Road<br>Atlanta, GA 30324 | Pest Control<br>Store Space Leased at<br>Merrillville # 40<br>8225 Broadway<br>Merrillville, IN 46410 |
| Orkin<br>2170 Piedmont Road<br>Atlanta, GA 30324 | Pest Control<br>Store Space Leased at<br>Melbourne # 41<br>1270 N Wickham Road<br>Melbourne, FL 32935 |

**F.     Recycling contracts:**

| <u>Contract Company</u> | <u>Description</u> |
|---|---|
| The Newark Group<br>1750 9th Street Bldg 44<br>Mobile, AL | Baler Recycle<br>Store Space Leased at<br>Mobile # 6<br>4001 Government Blvd<br>Mobile, AL 36693 |
| The Newark Group<br>3201 Springhill Road<br>Tallahassee, FL 32305 | Baler Recycle<br>Store Space Leased at<br>Marietta # 7<br>2949 Canton Road<br>Marietta, GA 30066 |
| Smurfit Stone<br>510 Division Street<br>Kansas City, KS 66103 | Baler Recycle<br>Store Space Leased at<br>Kansas City # 27<br>14221 East US HWY 40, No 8<br>Kansas City, MO 64136 |

The Newark Group
1750 9th Street Bldg 44
Mobile, AL

Baler Recycle
Store Space Leased at
Tampa # 28
10087 East Adamo Drive No 50
Tampa, FL 33619


The Newark Group
 3201 Springhill Road
Tallahassee, FL 32305

Baler Recycle
Store Space Leased at
Pelham # 29
3001 Pelham Parkway
Pelham, AL 35124


The Newark Group
1750 9th Street Bldg 44
Mobile, AL

Baler Recycle
Store Space Leased at
Greenville # 31
2425 Laurens Road
Greenville, SC 29607


The Newark Group
1750 9th Street Bldg 44
Mobile, AL

Baler Recycle
Store Space Leased at
Charlotte # 32
2500 Sardis Road North
Charlotte, NC 28227


The Newark Group
2401 E River Rd
Moraine, OH 45439

Baler Recycle
Store Space Leased at
Fairview Heights # 36
10785 Lincoln Trail Dr
Fairview Heights, IL 62208


Sonoco
1 North Second St
Hartsville, SC 29550

Baler Recycle
Store Space Leased at
Wilmington # 37
4302 Shipyard Blvd
Wilmington, NC 28403


The Newark Group
2401 E River Rd
Moraine, OH 45439

Baler Recycle
Store Space Leased at
Rockford # 38
5880 E State Street
Rockford, IL 61108


Sonoco
1 North Second St
Hartsville, SC 29550

Baler Recycle
Store Space Leased at
Surfside Beach # 39
1870 N. Kings Highway
Surfside Beach, SC 29575


# EXHIBIT A

| Commercial Waste Systems<br>PO Box 435<br>Crown Point, IN 46308 | Baler Recycle<br>Store Space Leased at<br>Merrillville # 40<br>8225 Broadway<br>Merrillville, IN 46410 |
| --- | --- |
| The Newark Group<br>3201 Springhill Road<br>Tallahassee, FL 32305 | Baler Recycle<br>Store Space Leased at<br>Melbourne # 41<br>1270 N Wickham Road<br>Melbourne, FL 32935 |
| Kendrick Environmental<br>PO Box 400<br>Tallahassee, FL 32305 | Baler Recycle<br>Store Space Leased at<br>Huntsville # 43<br>9076 Madison Blvd<br>Madison, AL 35758 |
| Smurfit Stone<br>8182 Maryland Avenue<br>Clayton, MO 63105 | Baler Recycle<br>Store Space Leased at<br>Clarksville # 44<br>951 East Lewis & Clark Parkway<br>Clarksville, IN 47129 |
| Sonoco<br>1 North Second St<br>Hartsville, SC 29550 | Baler Recycle<br>Store Space Leased at<br>Greensboro # 45<br>3740 S Holden Road<br>Greensboro, NC 27406 |

**G.     Waste disposal:**

| <u>Contract Company</u> | <u>Description</u> |
| --- | --- |
| Waste Management-TN<br>1428 Antioch Pike<br>Antioch, TN 37013 | Waste Management<br>Store Space Leased  at<br>Madison # 5<br>111 Gallatin Pike North<br>Madison, TN 37115 |
| Waste Management - TN<br>1006 Walnut Street<br>Canal Winchester, OH 43110 | Waste Management<br>Store Space Leased at<br>Columbus # 11<br>2200 Morse Road<br>Columbus, OH 43229 |

EXHIBIT A

Waste Management
3831 NW 21st Avenue
Pompano Beach, FL 33073

Waste Management
Store Space Leased at
Tamarac # 14
4021 W Commercial Blvd
Tamarac, FL33319

Gulf Disposal Inc
PO Box 6985
Ft. Myers, FL 33911

Waste Management
Store Space Leased at
Fort Myers # 17
4450 Fowler Street
Fort Myers, FL 33901

Waste Management of Florida
P.O. Box 105453
Atlanta, GA  30348

Waste Management
Store Space Leased at
Casselberry # 23
204 East State Road 436
Casselberry, FL 32707

Ray's Trash Service
Drawer 1
Clayton, IN 46118

Waste Management
Store Space Leased at
Indianapolis # 26
8811 Hardegan Street
Indianapolis, IN 46227

Waste Management of Florida
3411 N 40th St
Tampa, FL 36605

Store Space Leased at
Tampa # 28
10087 East Adamo Drive No 50
Tampa, FL 33619

WCA Shiloh Landfill
40 Estes Plant Road
Piedmont, SC 29673

Waste Management
Store Space Leased at
Greenville # 31
2425 Laurens Road
Greenville, SC 29607

Onyx Waste Services
1964 S. Orange Momosa Tr
Apopka, FL 32705

Waste Management
Store Space Leased at
Ocoee # 33
11029 W Colonial Drive
Ocoee, FL 34761

Waste Management of IL
P.O. Box 9001054
Louisville, KY  40290

Waste Management
Store Space Leased at
Fairview Heights # 36
10785 Lincoln Trail Dr
Fairview Heights, IL 62208

# EXHIBIT A

398503.2/2009771

| | |
|---|---|
| Waste Management of Rockford<br>P.O. Box 9001054<br>Louisville, KY 40290 | Waste Management<br>Store Space Leased at<br>Rockford # 38<br>5880 E State Street<br>Rockford, IL 61108 |
| Waste Management of Carolinas<br>P.O. Box 105453<br>Atlanta, GA 30348 | Waste Management<br>Store Space Leased at<br>Surfside Beach # 39<br>1870 N. Kings Highway<br>Surfside Beach, SC 29575 |
| Waste Management<br>P.O. Box 105453<br>Atlanta, GA 30348 | Waste Management<br>Store Space Leased at<br>Melbourne # 41<br>1270 N Wickham Road<br>Melbourne, FL 32935 |
| Allied Waste<br>4704 Commercial Drive<br>Huntsville, AL 35816 | Waste Management<br>Store Space Leased at<br>Huntsville # 43<br>9076 Madison Blvd<br>Madison, AL 35758 |
| City of Ft. Myers<br>P.O. Box 340<br>North Ft. Myers, FL 33903 | Trash Service |
| Deffenbaugh Disposal Service<br>P.O. Box 3249<br>Shawnee, KS 66203 | Trash Service |
| Eco-Tech<br>P.O. Box 36557<br>Louisville, KY 40233 | Trash Service |
| Republic Waste Service<br>P.O. Box 9001824<br>Louisville, KY 40290 | Trash Service |
| Republic Waste Service<br>5920 Corvette Street<br>Los Angeles, CA 90040 | Trash Service |
| Superior Waste Service<br>P.O. Box 10625<br>Wilmington, NC 28404 | Trash Service |

**H.** __Copy/Fax maintenance__:

Contract Company

Description

American Photocopy
1719 Bartlett Road
Memphis, TN  38134

Copier maintenance contract entered 6/1998. This is an annual contract that will renew automatically unless written notification is sent 30 days prior to the expiration date.  Expiration date is listed as April 20 of each year.

Digitec
3522 Central Pike
Suite 211
Hermitage, TN  37076

Copier maintenance contract entered 10/05.

Docuteam, Inc.
1000 Northfield Court
Roswell, GA  30076

Copier maintenance contract entered 6/1/00. Renews monthly, unless 30 days written notice is given.

Berney Office Solutions
P O Box 210699
Montgomery, AL  36121-0699

Copier maintenance contract entered 6/1/00. Maintenance is renewed quarterly.

Gordon Flesch Company, Inc.
2030 Dividend Drive
Columbus, OH 43228-3880

Copier maintenance contract entered 11/1/08. Maintenance contract will expired on 10/31/09.

IKON
P O Box 2099
North Canton, OH  44720

Copier maintenance contract entered 8/96. Renews monthly.

Ikon Office Solutions
1401 North West 136th Avenue
Sunrise, FL  33325

Copier maintenance contract entered 9/98. Renews monthly.

AXSA
4673 Oak Fair Boulevard
Tampa, FL  33610

Copier maintenance contract entered 12/07. Renews quarterly.

ABS
10855 Medallion Drive
Cincinnati, OH  45241

Copier maintenance contract entered 10/05. Renews monthly.

| | |
|---|---|
| AXSA<br>7800 Southland Boulevard, Suite 100<br>Orlando, FL 32809 | Copier maintenance contract entered 5/04.<br>Renews quarterly. |
| GFI Digital<br>1837 Borman Circle Drive<br>St. Louis, MO 63146 | Copier maintenance contract entered 3/03.<br>Renews quarterly. |
| Copy Products Company<br>110 Chicago Avenue, SE<br>Fort Walton Beach, FL, 32548 | Copier maintenance contract entered 8/03.<br>Renews quarterly. |
| Indy Office Solutions<br>8904 Bash Street, Suite K<br>Indianapolis, IN 46256 | Copier maintenance contract entered 5/03.<br>Renews quarterly. |
| Datamax<br>11316 West 80th Street<br>Lenexa, KS 66214 | Copier maintenance contract entered 8/03.<br>Renews quarterly. |
| AXSA<br>4673 Oak Fair Boulevard<br>Tampa, FL 33610 | Copier maintenance contract entered 9/03.<br>Renews quarterly. |
| The Stewart Organization<br>4000 Colonnade Parkway<br>Birmingham, AL 35243 | Copier maintenance contract entered 12/03.<br>Renews quarterly. |
| G-Five<br>297 Garlington Road, Suite H<br>Greenville, SC 29615 | Copier maintenance contract entered 8/04.<br>Renews quarterly. |
| Sharp Business Systems<br>(Formerly Copy Data)<br>4404-A Stuart Andrew Boulevard<br>Charlotte, NC 28217 | Copier maintenance contract entered 9/04.<br>Renews quarterly. |
| AXSA<br>7800 Southland Boulevard, Suite 100<br>Orlando, FL 32809 | Copier maintenance contract entered 11/04.<br>Renews quarterly. |
| Watts Copy Systems, Inc.<br>2860 Stanton Avenue<br>Springfield, IL 62703 | Copier maintenance contract entered 8/05.<br>Expired 8/22/09. |

# EXHIBIT A

| COECO Office Systems<br>2467 South 17th Street<br>Wilmington, NC  28401 | Copier maintenance contract entered 7/05.<br>Renews quarterly. |
| Des Plaines Office Equipment Co.<br>1020 Bonaventure Drive<br>Elk Grove Village, IL  60007 | Copier maintenance contract entered 9/6/08.<br>Expired 9/5/09. |
| Digital Solutions<br>1258 Third Avenue<br>Myrtle Beach, SC  29577 | Copier maintenance contract entered 2/06.<br>Renews quarterly. |
| Kramer & Leonard, Inc.<br>312 Roberts Road<br>Chesterton, IN  46304-1570 | Copier maintenance contract entered 8/06.<br>Renews quarterly. |
| Atlantic Business System<br>5131 Industry Drive, Suite 101<br>Melbourne, FL  32940 | Copier maintenance contract entered 6/06.<br>Renews quarterly. |
| Namos<br>303 Production Avenue<br>Madison, AL  35757 | Copier maintenance contract entered 1/09.<br>Contract will expire on 12/31/09. |
| XBE, Inc.<br>2119 Frankfort Avenue<br>Louisville, KY  40206 | Copier maintenance contract entered 6/06.<br>Renews monthly. |
| MTR<br>2340 Southgate Boulevard<br>Murfreesboro, TN  37128 | Panafax UF-890 Maintenance contract entered 4/03.  Renewed annually.<br><br>Panafax UF-560 Maintenance contract entered 10/98.<br>Renewed annually.<br><br>AR-M277<br>Maintenance contract on copier entered 4/04.<br>Renewed quarterly.<br><br>AR-M277<br>Maintenance contract on copier entered 9/04.<br>Renewed quarterly. |

## EXHIBIT A

398503.2/2009771

C550
Maintenance contract on copier entered 2/29/08.
Renewed quarterly.

AR-287
Maintenance contract on copier entered 12/31/08.
Renewed quarterly.

Di-650
Maintenance contract on copier entered 12/31/08.
Renewed quarterly.

Panafax DX-2000
Maintenance contract entered on 4/2/03.
Renewed annually.

I.    **Security contracts:**

Contract Company                          Description

Security Services of Murfreesboro         Burglary and Fire Monitoring Cost.
410 North Front Street                    Beginning April, 03 on a month to month.
Murfreesboro TN 37130                     Distribution Center located at 488 River Rock
                                          Blvd. Murfreesboro TN.

Security Services of Murfreesboro         Burglary and Fire Monitoring Cost.
410 North Front Street                    Beginning January, 01 on a month to month.
Murfreesboro TN 37130                     Murfreesboro Store located at 480 River Rock
                                          Blvd Murfreesboro TN.

Resource Solutions Inc                    Burglary and Fire Monitoring Cost.
PO Box 382156                             Beginning September, 02 on a month to month.
Germantown TN 38183-2156                  Lakeland Store located at 3536 Canada Road
                                          Lakeland TN 38002.

Security Services of Murfreesboro         Burglary and Fire Monitoring Cost.
410 North Front Street                    Beginning June, 05 month to month.
Murfreesboro TN 37130                     Madison Store located at 111 Gallatin Road
                                          Madison TN 37115.

ADT Security Services Inc                 Burglary and Fire Monitoring Cost.
1400 Montilmar D Suite B                  Beginning July, 09 on a five year lease.
Mobile AL 36609                           Mobile Store located at 4001 Government Blvd
                                          Mobile AL 36693.

| | |
|---|---|
| Alarm Co<br>PO Box 666353<br>Marietta GA 30066 | Burglary and Fire Monitoring Cost.<br>Beginning May, 94 on a month to month.<br>Marietta Store located at2949 Canton Hwy<br>Marietta, GA 30066. |
| ADT Security Services Inc<br>1400 Montilmar D Suite B<br>Mobile AL 36609 | Burglary and Fire Monitoring Cost.<br>Beginning July, 09 on a five year lease.<br>Gulf Shores located at 7976 Hwy 59 S<br>Foley, AL 36535. |
| ADT Security Services Inc<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | Burglary and Fire Monitoring Cost.<br>Beginning July, 09 on a five year lease.<br>Columbus Store located at 2200 Morse Road<br>Columbus, OH 43229. |
| All Secure Security Systems<br>9741 Sunrise Blvd Suite M-16<br>North Royalton, OH 44133 | Burglary and Fire Monitoring Cost.<br>Beginning August, 99 on a month to month.<br>Parma Heights Store located at 7011 West 130th<br>Street, Parma Heights OH 44130. |
| Advanced Alarm Systems<br>1253 Okeechobee Road Suite B<br>West Palm Beach, FL 33401 | Burglary and Fire Monitoring Cost.<br>Beginning July, 98 on a annual agreement.<br>Tamarac Store located at 4021 West Commercial<br>Blvd., Tamarac FL 33309. |
| Central Station Signal Inc<br>4014 Lee Blvd<br>Leehigh Acres, FL 33971 | |
| ADT Security Services<br>9100 Market Place<br>Cleveland, OH 44147 | Burglary and Fire Monitoring Cost.<br>Beginning July, 09 on a five year lease.<br>Florence Store located at 828 Heights Blvd<br>Florence, KY 41042. |
| ADT Security Services<br>9100 Market Place<br>Cleveland, OH 44147 | Burglary and Fire Monitoring Cost.<br>Beginning July, 09 on a five year lease.<br>Forest Park Store located at 1191 Smiley Avenue<br>Forest Park, OH 45240. |
| Wayne<br>222 Capitol Court<br>Ocoee, FL 34761 | Burglary and Fire Monitoring Cost.<br>Beginning November, 02 on a month to month.<br>Casselberry Store located at 205 Semoran Blvd<br>Casselberry, FL 32707. |

## EXHIBIT A

398503.2/2009771

| | |
|---|---|
| Interface<br>1475 Fairgrounds Road<br>St Charles, MO 63301 | Burglary and Fire Monitoring Cost.<br>Beginning November, 02 on a month to month.<br>Florissant Store located at 42 Grandview Plaza<br>Florissant, MO 63033. |
| Protection One<br>37 Tupelo Avenue<br>Fort Walton Beach Fl 32548 | Burglary and Fire Monitoring Cost.<br>Beginning August, 03 on a month to month.<br>Destin Store located at 761 Highway 98 East<br>Destin, FL 32541. |
| Nelson Alarm Company<br>2602 East 55th Street<br>Indianapolis, IN 46220 | Burglary and Fire Monitoring Cost.<br>Beginning April, 03 on a month to month.<br>Indianapolis Store located at 8811 Hardegan<br>Street<br>Indianapolis, IN 46227 |
| Advanced Security Alarm Protection<br>PO Box 10003<br>Olathe, KS 66051-1303 | |
| Commercial Fire and Communications Inc<br>PO Box 1350<br>Largo, FL 33779-1350 | Burglary and Fire Monitoring Cost.<br>Beginning August, 03 on an annual contract.<br>Tampa Store located at 10087 Adamo Drive<br>Tampa, FL 33619 |
| ADS Security Systems<br>120 Oxmoor Blvd Suite H<br>Birmingham, AL 35209 | Burglary and Fire Monitoring Cost.<br>Beginning November, 03 on a month to month.<br>Pelham Store located at 3001 Pelham Parkway<br>Pelham, AL 35124 |
| Southern Burglar and Fire Alarm Company Inc<br>PO Box 667<br>Belton, SC 29627 | Burglary and Fire Monitoring Cost.<br>Beginning July, 04 on a month to month.<br>Greenville Store located at 2425 Laurens Road<br>Greenville, SC 29607 |
| Sonitrol Security Services<br>815 Wood Ridge Center Drive<br>Charlotte, NC 28217-1986 | Burglary and Fire Monitoring Cost.<br>Beginning August, 04 on a month to month.<br>Charlotte Store located at 2500 Sardis Road<br>North<br>Charlotte, NC 28227 |
| Wayne Automatic Fire Sprinklers Inc<br>222 Capitol Court<br>Ocoee, FL 34761 | Burglary and Fire Monitoring Cost.<br>Beginning December, 04 on a month to month.<br>Ocoee Store located at 11029 West Colonial<br>Drive<br>Ocoee, FL 34761. |

EXHIBIT A

George Alarm Company Inc
2110 Troy Road Suite I
Edwardsville, IL 62025

Burglary and Fire Monitoring Cost.
Beginning July, 05 on an annual contract.
Fairview Heights Store located at 10785 Lincoln
Trail Drive
Fairview Heights, IL  62208


Hooks Burglar and Fire Alarm Company Inc
311 Judges Road Building #3 Unit E
Wilmington NC 28405

Burglary and Fire Monitoring Cost.
November, 05 on a five year lease.
Wilmington Store located at 4302 Shipyard Blvd
Wilmington, NC 28403


Security Alarm
3022 Wallin Avenue
Rockford, IL 61101-3448

Burglary and Fire Monitoring Cost
Beginning August, 05 on a three year lease
Rockford Store located at 5880 E State Street
Rockford, IL 61108


Security Vision
683 Robert Grissom Parkway
Myrtle Beach, SC 29577

Burglary and Fire Monitoring Cost.
Beginning February, 06 on a three year lease.
Surfside Beach Store located at 1870 N Kings
Highway Surfside Beach, SC 29575


Sentinel Alarm
2515 E Michigan Blvd
Michigan City, IN 46360

Burglary and Fire Monitoring Cost.
Beginning August, 06 on a month to month.
Merrillville Store located at 8225 Broadway
Merrillville, IN 46410


Detect Alert Inc
18 W Fee Avenue
Melbourne, FL 32901

Burglary and Fire Monitoring Cost.
Beginning June 06 with a three year lease.
Melbourne Store located at 1270 N Wickham
Road
Melbourne, FL 32935.


International Fire Protection Inc
243 Royal Drive
Madison, AL 35958

Burglary and Fire Monitoring Cost.
Beginning September, 06 on a month to month.
Huntsville Store located at 9076Madison Blvd
Madison AL 35758.


Emergency Monitoring Services, LLC
1210 Vim Drive
Louisville, KY 40213


Vector Security Inc
10642 Wakeman Court
Manassas, VA 20110

Burglary and Fire Monitoring Cost.
Beginning April, 08 on a three year lease.
Greensboro Store located at 3740 S Holden Road
Greensboro, NC 27406.


# EXHIBIT A

**J.** __Billboard advertising contracts__:

| Contract Company | Description |
|---|---|
| Lamar<br>PO Box 70157<br>Nashville, TN 37207 | Billboard Panel lease located @<br>N/S 1-24 .8 miles W/O SR96 Exit 78 FW BTM<br>Contract # 1114542 Expires 9/19/10 |
| Lamar<br>PO Box 70157<br>Nashville, TN 37207 | Billboard Panel lease located @<br>S/S I-24 2.6 miles E of Exit 70 F/W<br>Contract # 1068767 Expires 5/31/10 |
| Lamar<br>PO Box 70157<br>Nashville, TN 37207 | Digital Billboard<br>1804 Old Fort Parkway FE<br>Contract # 1084056 Expires 4/14/10 |
| Anderson Outdoor Management, Inc<br>12116 C.R. 252<br>McAlpin, FL 32062 | Billboard Panel lease located @<br>2.4 Milew West of US 231, I-24 E/S Right hand<br>read<br>Expires 3/31/10 |
| Anderson Outdoor Management, Inc<br>12116 C.R. 252<br>McAlpin, FL 32062 | Billboard Panel lease located @<br>W/B traffic 714 N Main Street/Old Fort Parkway<br>& Kings Hwy<br>Expires 11/02/09 |
| McIntyre Outdoor Advertising<br>103 Gillette Drive<br>Franklin, TN 37069 | Billboard Panel lease located @<br>I-24 E/O Sam Ridley Parkway, #4 RR BTM<br>Expires 5/13/10 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>N/S 1-40 6.4 E Airline Rd F/E<br>Contract # 0627081 Expires 10/19/10 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>SS1-40 @ 1240 F/W<br>Contract # 0627084 Expires 10/24/10 |
| Lamar<br>3009 W Industrial Pkwy<br>Knoxville, TN 37921 | Billboard Panel lease located @<br>Dollywood Lane W/O Entrance W/S F/N<br>Contract # 037 337126 Expires 11/24/09 |
| Lamar<br>3009 W Industrial Pkwy<br>Knoxville, TN 37921 | Billboard Panel lease located @<br>TN 66 400' S/O Allensville Road ES FN OR-TRI<br>Contract # 037 337192 Expires 12/24/09 |

| | |
|---|---|
| Lamar<br>3009 W Industrial Pkwy<br>Knoxville, TN 37921 | Billboard Panel lease located @<br>TN 66 S/O N Douglas Dam Road, WS FN OR TRI<br>Contract # 037 337193 Expires 12/24/09 |
| Lamar<br>3009 W Industrial Pkwy<br>Knoxville, TN 37921 | Billboard Panel lease located @<br>1-40 E .2 mi E/S Strawplains Pike  SS FW<br>Contract # 037 337356 Expires 12/24/09 |
| B & C Signs<br>PO Box 23160<br>Knoxville, TN 37933 | Billboard Panel lease located @<br>Hwy 88 Top of hill near Flea Traders Paradise<br>Expires 01/31/10 |
| Premier Media<br>PO Box 52327<br>Knoxville, TN 37950 | Billboard Panel lease located @<br>Waldon's Landing -US 441 N/O Wears Valley Rd<br>Facing S  - Expires 10/24/09 |
| Premier Media<br>PO Box 52327<br>Knoxville, TN 37950 | Billboard Panel lease located @<br>Waldon's Landing -US 441 N/O Wears Valley Rd<br>Facing N  - Expires 10/24/09 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>1-65 3900ft S/O Jct 31 W/S F/N<br>Contract # 0537363 Expires 1/31/10 |
| Lamar<br>PO Box 70157<br>Nashville, TN 37207 | Billboard Panel lease located @<br>W/S 1-65 Northbound N/O Trinity Lane FS<br>Contract #1042178 Expires 2/28/10 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>Briley Parkway 1 mi N McGavock Pike W/S F/S<br>Contract #0503775 Expires 9/30/09 |
| Lamar<br>PO Box 5216<br>Mobile, AL 36605 | Billboard Panel lease located @<br>S/S 1-10 2nd E/O Carol Plantation F/W<br>Contract #002 318291 Expires 10/14/09 |
| Lamar<br>PO Box 5216<br>Mobile, AL 36605 | Billboard Panel lease located @<br>W/S 1-65 N/O Pleasant Valley Rd F/N<br>Contract #002 318289 Expires 10/14/09 |
| Lamar<br>PO Box 5216<br>Mobile, AL 36605 | Billboard Panel lease located @<br>E/S Hwy 59 2nd N/O C.R. 10 F/S<br>Contract #002 318290 Expires 10/14/09 |

# EXHIBIT A

| | |
|---|---|
| Lamar<br>PO Box 5216<br>Mobile, AL 36605 | Billboard Panel lease located @<br>E/S Hwy 59 2nd N/O C.R. 10 F/N<br>Contract #1061332 Expires 02/24/10 |
| Lamar<br>PO Box 5216<br>Mobile, AL 36605 | Billboard Panel lease located @<br>NS 1-10 E/O Hwy 53 #23<br>Contract #1024749 Expires 12/24/09 |
| Lamar<br>PO Box 5216<br>Mobile, AL 36605 | Billboard Panel lease located @<br>E/S Hwy 59 1st S/O C.R. 28 F/N<br>Contract #1061346 Expires 02/24/10 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>Sandlake RD (SRT 482) .5 mi E/O Kirkman RD<br>Contract #0521395 Expires 10/24/09 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>US 441 .7mo N/O SR 482 (Sandlake) W/S F/N<br>Contract #0521483 Expires 01/04/10 |
| Lamar<br>PO Box 2857<br>Ft. Walton Bch, FL 35249 | Billboard Panel lease located @<br>S/S 98 @ Matthews F/E<br>Contract #071 308757 Expires10/24/09 |
| Lamar<br>PO Box 2857<br>Ft. Walton Bch, FL 35249 | Billboard Panel lease located @<br>N/S Hwy 98 @ Calhoun F/W<br>Contract #071 308756 Expires10/24/09 |
| Lamar<br>PO Box 2857<br>Ft. Walton Bch, FL 35249 | Billboard Panel lease located @<br>E/S HWY 85 N/O PJ Adams F/N<br>Contract #071 308769 Expires10/24/09 |
| Lamar<br>PO Box 2857<br>Ft. Walton Bch, FL 35249 | Billboard Panel lease located @<br>E/S HWY 351 S/O Norris Cutoff F/N<br>Contract #071 308770 Expires10/24/09 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>W/S 1-65 .33 Miles N/O Stop 11 Rd. F/N<br>Contract #0627029 Expires 08/16/10 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>W/S US Hwy 31 7049 US 31 So F/N<br>Contract #0627087 Expires 11/01/10 |

EXHIBIT A

| | |
|---|---|
| Lamar<br>920 6th Street S<br>Birmingham, AL 35205 | Billboard Panel lease located @<br>1-459 E/L .06 Miles S/O Action Rd. F/N<br>Contract #138 312493 Expires 9/14/09 |
| Fairway<br>PO Box 1900<br>Duncan, SC 29334 | Billboard Panel lease located @<br>1-85 .75 miles N/O Laurens Road<br>Contract #9007564 Expires 9/30/10 |
| Fairway<br>PO Box 1900<br>Duncan, SC 29334 | Billboard Panel lease located @<br>1-85 .5 miles S/O Hwy 153<br>Contract #9007564 Expires 9/30/10 |
| Fairway<br>PO Box 1900<br>Duncan, SC 29334 | Billboard Panel lease located @<br>1-3 85 100 ft N/O Hwy 14<br>Contract #9007564 Expires 9/30/10 |
| Adams<br>1134 N. Graham St.<br>Charlotte, NC 28206 | Billboard Panel lease located @<br>E Independence E/O Hwy 51<br>Contract #200812946 Expires 12/21/09 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>Hwy 50 .1mi E/O Powers Drive F/E<br>Contract #0521479 Expires 11/09/09 |
| Spratlin<br>240 Cherokee St.<br>Marietta, GA 30060 | Billboard Panel lease located @<br>1-20 @ Exit 41<br>Contract #       Expires 9/30/09 |
| Lamar<br>7777 E. 38th Street<br>Tulsa, OK | Billboard Panel lease located @<br>5800 S. Hwy 169 F/N Tri-Vision<br>Contract #402-308569 Expires 9/14/09 |
| Lamar<br>7777 E. 38th Street<br>Tulsa, OK | Billboard Panel lease located @<br>9750 E Broken Arrow EXP F/W Tri-Vision<br>Contract #402-308570 Expires 11/04/09 |
| Porlier Outdoor Advertising<br>1027 N Service Road West<br>Foristell, MO 63348 | Billboard Panel lease located @<br>1-64 1/2 mi east of 1-55/70/64 split E/B<br>Contract #207A Expires 11/30/09 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>N/S US 501 & AT Jct ByPass F/W<br>Contract #0575856 Expires 05/14/10 |

## EXHIBIT A

398503.2/2009771

| | |
|---|---|
| Next Media | Billboard Panel lease located @ |
| 208 Bush Drive | US 17 S .73 Mi S/O Myrtle Bch St. Park W/S S |
| Myrtle Bch, SC 29579 | Contract #17809 Expires 09/19/10 |
| | |
| Next Media | Billboard Panel lease located @ |
| 208 Bush Drive | US 17 S .41 S/O Atlantic Ave W/S N |
| Myrtle Bch, SC 29579 | Contract #17483 Expires 05/04/10 |
| | |
| Next Media | Billboard Panel lease located @ |
| 208 Bush Drive | US 501 .91 mi W/O SC544 S/S Eastbound |
| Myrtle Bch, SC 29579 | Contract #17481 Expires 05/04/10 |
| | |
| Next Media | Billboard Panel lease located @ |
| 208 Bush Drive | US 17 Bypass S 1.83 mi S/O Glenna Bay Rd W/S |
| Myrtle Bch, SC 29579 | N |
| | Contract #17810 Expires 09/09/10 |
| | |
| Next Media | Billboard Panel lease located @ |
| 208 Bush Drive | SC 544 1 Mi E/O US 17 Bypass S/S E |
| Myrtle Bch, SC 29579 | Contract #17482 Expires 05/04/10 |
| | |
| Lamar | Billboard Panel lease located @ |
| 1770 West 41st Ave | 1-65 E/S .5 Miles S/O US30 F/S |
| Gary, IN 46408 | Contract #249 319592 Expires 08/19/10 |
| | |
| Lamar | Billboard Panel lease located @ |
| 1770 West 41st Ave | 1-65 E/S ..9 miles  N/O 61st Ave F/N |
| Gary, IN 46408 | Contract #249 319591 Expires 08/19/10 |
| | |
| Lamar | Billboard Panel lease located @ |
| 1770 West 41st Ave | Digital Billboard - US 30 N/S E/O Broadway |
| Gary, IN 46408 | Contract #1069828 Expires 03/14/10 |
| | |
| Lamar | Billboard Panel lease located @ |
| 112 Grimes St | 1-75 .05 Miles N of Rt. 122 F/S |
| Dayton, OH 45402 | Contract #009 304668 Expires 09/24/09 |
| | |
| Lamar | Billboard Panel lease located @ |
| 301 Pratt Ave. NE | 1-565 SL 50 W/O Dallas St  FE |
| Huntsville, AL | Contract #1114806 Expires 07/18/10 |
| | |
| Lamar | Billboard Panel lease located @ |
| 301 Pratt Ave. NE | 1-565 NL W/O County Line #1 F/W |
| Huntsville, AL | Contract #1125257 Expires 07/18/10 |

## EXHIBIT A

| | |
|---|---|
| Lamar<br>301 Pratt Ave. NE<br>Huntsville, AL | Billboard Panel lease located @<br>1-65 Decatur WL .6 mi N/O AL20<br>Contract #1125260 Expires 07/18/10 |
| Lamar<br>301 Pratt Ave. NE<br>Huntsville, AL | Billboard Panel lease located @<br>1-65 EL .7 mi N/O AL67 F/S<br>Contract #1142171 Expires 07/18/10 |
| Lamar<br>301 Pratt Ave. NE<br>Huntsville, AL | Billboard Panel lease located @<br>1-565 SL E/O Mooresville Rd L#2<br>Contract #1140450  Expires 07/21/10 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>W/S 1-65 & Harrison Ave.  F/S<br>Contract #0578570 Expires 06/30/10 |
| CBS Outdoor<br>1431 Popular Lane<br>Nashville, TN 37210 | Billboard Panel lease located @<br>1-65 3 mi S/O Memphis Rd. F/N<br>Contract #0627050 Expires 09/24/10 |
| Fairway<br>1920 West Lee St.<br>Greensboro, NC 27403 | Billboard Panel lease located @<br>1-85 Rehobeth Church Rd. W/S N<br>Contract #        Expires 01/12/10 |
| Fairway<br>1920 West Lee St.<br>Greensboro, NC 27403 | Billboard Panel lease located @<br>1-85 S/O Groometown S<br>Contract #        Expires 03/22/10 |
| Fairway<br>1920 West Lee St.<br>Greensboro, NC 27403 | Billboard Panel lease located @<br>1-85/40 .75 mi S/O Rock Creek Dairy N<br>Contract #        Expires 05/08/10 |
| Triad<br>131 Industrial Ave<br>Greensboro, NC 27406 | Billboard Panel lease located @<br>N/S 1-40 .05 mi E of Gallimore Dairy Rd<br>Contract # 471      Expires 02/13/10 |

## EXHIBIT A

**K.** **Print advertising contracts:**

| Contract Company | Description |
|---|---|
| Valassis<br>248 Lake Terrace Drive<br>Hendersonville, TN  37075 | Direct mail advertising services |
| Belleville News-Democrat<br>120 South Illinois St<br>Belleville, IL  62222 | Newspaper advertising contract |
| Birmingham News<br>2201 Fourth Ave N<br>Birmingham, AL  35203 | Newspaper advertising contract |
| Charlotte Observer<br>600 S Tryon Street<br>Charlotte, NC  28202 | Newspaper advertising contract |
| Columbus Dispatch<br>5300 Crosswind Drive<br>Columbus, OH  45242 | Newspaper advertising contract |
| Commercial Appeal<br>495 Union Ave<br>Memphis, TN  38103 | Newspaper advertising contract |
| Courier-Journal<br>525 West Broadway<br>Louisville, KY  40201 | Newspaper advertising contract |
| Orlando Sentinal<br>633 North Orange Ave<br>Orlando, FL  32810 | Newspaper advertising contract |
| Post Tribune<br>1433 E 83rd Avenue<br>Merrillville, IN  46410 | Newspaper advertising contract |
| St Louis Dispatch<br>900 North Tucker Blvd<br>St Louis, MO 63101 | Newspaper advertising contract |
| Times of NW Indiana<br>610 45th Avenue<br>Munster, IN  46321 | Newspaper advertising contract |

EXHIBIT A

| | |
|---|---|
| Gulf Coast Newspapers<br>PO Box 509<br>Robertsdale, AL 36567 | Magazine advertising contract |
| Life's A Beach Publications, LLC<br>PO Box 5731<br>Destin, FL 32540 | Magazine advertising contract |
| Myrtle Beach Guide<br>5315 N Kings Hwy<br>Myrtle Beach, SC 29577 | Magazine advertising contract |
| Strand Magazine<br>1357 21st Avenue N #102<br>Myrtle Beach, SC 29577 | Magazine advertising contract |

**L.**     <u>**Telephone/Internet contracts**</u>:

| <u>Contract Company</u> | <u>Description</u> |
|---|---|
| XO Communications<br>14239 Collections Center Drive<br>Chicago, IL 60693 | Phone/Internet Service |
| Centurytel<br>P.O. Box 4300<br>Carol Stream, IL 60197 | Phone/Internet Service |
| New Edge Networks<br>Unit 47, P.O. Box 4800<br>Portland, OR 97208 | Phone/Internet Service |
| TDS<br>P.O. Box 678166<br>Dallas, TX 75267 | Phone/Internet Service |

**M.**     <u>**Management/Leasing agent**</u>:

| <u>Contract Company</u> | <u>Description</u> |
|---|---|
| GGP Limited Partnership, DIP/Agent<br>Jennifer A. Lawson<br>150 Fourth Avenue, North, Ste. 1850<br>Nashville, TN 37210 | Management Company/Lease Agent |

EXHIBIT A

398503.2/2009771

# EXHIBIT D

## EXECUTORY CONTRACTS TO BE REJECTED

### Current Contracts Pertaining to Closed Stores Only

| Contract Company | Description | Location |
|---|---|---|
| Deem Mechanical and Electric Co.<br>6831 East 32nd Street, Suite 200<br>Indianapolis, IN 46226 | HVAC Maintenance<br>*(separate contract per location)* | Orlando<br>Memphis<br>Duluth<br>Douglasville<br>Dayton |
| Horizon Mechanical<br>6550 E. Skelly Drive<br>Tulsa, OK 74145 | HVAC Maintenance<br>Beginning August, 05 Annual<br>Renewal<br>Broken Arrow Store #35 | Broken Arrow |
| Orkin<br>136 Nobel Court<br>Alpharetta, GA 30005 | Pest Control<br>Duluth #30<br>3625 Sweetwater Road<br>Duluth, GA 30096 | Duluth |
| Orkin<br>136 Nobel Court<br>Alpharetta, GA 30005 | Pest Control<br>Douglasville #34<br>7400 Douglas Blvd<br>Douglasville, GA 30135 | Douglasville |
| Arrow Exterminators<br>P.O. Box 708<br>Broken Arrow, OK 74013 | Pest Control<br>Broken Arrow #35<br>3601 South Elm Place<br>Broken Arrow, OK 74011 | Broken Arrow |
| The Newark Group<br>3201 Springhill Road<br>Tallahassee, FL 32305 | Baler Recycle<br>Duluth #30<br>3625 Sweetwater Road<br>Duluth, GA 30096 | Duluth |
| The Newark Group<br>3201 Springhill Road<br>Tallahassee, FL 32305 | Baler Recycle<br>Douglasville #34<br>7400 Douglas Blvd<br>Douglasville, GA 30135 | Douglasville |
| Marck Industries<br>302 W 2nd Street<br>Cassville, MO 65625 | Baler Recycle<br>Broken Arrow #35<br>3601 South Elm Place<br>Broken Arrow, OK 74011 | Broken Arrow |

EXHIBIT A

| | | |
|---|---|---|
| Kendrick Environmental<br>P.O. Box 400<br>Tallahassee, FL 32305 | Baler Recycle<br>Dayton #42<br>651 Lyons Road<br>Dayton, OH 45459 | Dayton |
| National Waste & Disposal<br>P.O. Box 1828<br>Catoosa, OK 74015 | Waste Management<br>Broken Arrow #35<br>3601 South Elm Place<br>Broken Arrow, OK 74011 | Broken Arrow |
| Waste Management of Ohio<br>1006 Walnut Street<br>Canal Winchester, OH 43110 | Waste Management<br>Dayton #42<br>651 Lyons Road<br>Dayton, OH 45459 | Dayton |
| AXSA<br>7800 Southland Blvd., Suite 100<br>Orlando, FL 32809 | Copier maintenance contract<br>entered 3/07. Renews quarterly. | Orlando |
| Business Equipment Center<br>2991 Directors Row<br>Memphis, TN 38131-0405 | Copier maintenance contract<br>entered 9/00. Renews monthly. | Memphis |
| Atlanta Office Machines<br>552 Cobb Parkway South<br>Marietta, GA 30060 | Copier maintenance contract<br>entered 4/04. Renews quarterly. | Duluth |
| Gordan Document Solutions<br>2141 Powers Ferry Road SE<br>Marietta, GA 30067 | Copier maintenance contract<br>entered 2/05. Renews quarterly. | Douglasville |
| DIS Document Imaging Solutions<br>9300 Broken Arrow Expressway<br>Suite C<br>Tulsa, OK 74135 | Copier maintenance contract<br>entered 8/15/05. Renews<br>quarterly. | Broken Arrow |
| ABS<br>111 First Street<br>Dayton, OH 45402 | Copier maintenance contract<br>entered 6/06. Renews quarterly. | Dayton |
| ADT Security Services, Inc.<br>803 South Orlando Avenue, Suite J<br>Winter Park, FL 32789 | Burglary and Fire Monitoring<br>Cost. Beginning 2000 on a month<br>to month. Orlando Store located at<br>937 Sand Lake Road<br>Orlando, FL 32809. | Orlando |

EXHIBIT A

2

| Resource Solutions, Inc.<br>P.O. Box 382156<br>Germantown, TN 38183-2156 | Burglary and Fire Monitoring Cost. Beginning September, 2002 on a month to month. Memphis Store located at 3682 Ridgeway Road, Memphis, TN 38115. | Memphis |
|---|---|---|
| AlarmCo<br>P.O. Box 666353<br>Marietta, GA 30066 | Burglary and Fire Monitoring Cost. Beginning April, 2004 on a month to month. Duluth Store located at 3625 Sweetwater Road, Duluth, GA 30096. | Duluth |
| Advance Alarms<br>1113 East Louisville<br>P.O. Box 2257<br>Broken Arrow, OK 74013 | Burglary and Fire Monitoring Cost. Beginning July, 2005 on a month to month. Broken Arrow Store located at 3601 South Elm Place, Broken Arrow, OK 74011. | Broken Arrow |
| Sonitrol of SW Ohio<br>1400 Cincinnati Street<br>Dayton, OH 45408 | Burglary and Fire Monitoring Cost. Beginning June, 2006 on a month to month. Dayton Store located at 651 Lyons Road, Dayton, OH 45459. | Dayton |
| Sunny Day Guide<br>800 Seahawk Circle, Suite 106<br>Virginia Beach, VA 23452 | Magazine advertising contract | Pigeon Forge |
| Touring Publications, LLC<br>P.O. Box 4580<br>Sevierville, TN 37864 | Magazine advertising contract | Pigeon Forge |
| Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290 | Phone/Internet Service | Broken Arrow |

EXHIBIT A

399023.1/2009771
3
Case 3:09-bk-09548   Doc 846   Filed 03/25/10   Entered 03/25/10 16:39:30   Desc Main
Document   Page 55 of 55